# United States District Court

__EASTERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA

V.

ANSON CHI

CRIMINAL COMPLAINT

CASE NUMBER: 4:12mj253

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS JUN 20 2012 BY DAVID J. MALAND, CLERK DEPUTY

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about June 18, 2012, in the Eastern District of Texas, Anson Chi, defendant, knowingly possessed a firearm, to wit, a destructive device manufactured through the use of chemicals and a combination of parts intended for use in converting a readily assembled explosive, not registered to him in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. §§ 5845, 5861(d), and 5871.

I further state that I am a Detective with the Plano Police Department assigned as a Task Force Officer with the North Texas Joint Terrorism Task Force at the Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

See attached Affidavit of Task Force Officer James Wofford, which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:   __XX__ Yes   ____ No

James Wofford
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, on this 20th day of June, 2012, at Plano, Texas.

DON D. BUSH
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

Signature of Judicial Officer