IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | NO: 4:12CR155 |
| | § | Judge Schell |
| ANSON CHI | § | |

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

**Count One**

Violation: 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871
(Possession of a firearm not registered in the National Firearms Registration and Transfer Record)

On or about June 18, 2012, in the Eastern District of Texas, **Anson Chi**, defendant, did knowingly possess a firearm, to wit: a destructive device manufactured through the use of chemicals and a combination of parts intended for use in converting a readily assembled explosive, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871.

A TRUE BILL,

_____
FOREMAN OF THE GRAND JURY

JOHN M. BALES
UNITED STATES ATTORNEY

_____
M. Andrew Stover
Assistant United States Attorney
Texas State Bar No. 19349300
101 East Park Boulevard, Suite 500
Plano, Texas 75074, (972) 509-1201
Tel: (972) 509-1201
Fax: (972) 509-1209
andrew.stover@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO: 4:12CR_____ Judge _____ |
| ANSON CHI | § | |

## Count One

Violation:  26 U.S.C. § 5861(d)

Penalty:  A term of imprisonment of not more than ten years, a fine not to exceed $250,000, or both, and a term of supervised release not to exceed three years.

Special Assessment: $100.00