IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO: 4:12cr155 |
| § | |
| ANSON CHI § | |

## ORDER RESETTING FINAL PRETRIAL CONFERENCE AND COMPETENCY HEARING

On this day the court conducted a telephone conference call with counsel for the Government and counsel for the Defendant regarding the mental exam of the Defendant to determine his competency for trial. The court has been informed today by the U.S. Marshal that the August 31, 2012 Order directing the United States Marshal to transport the Defendant to a suitable facility for a competency exam was never received by the Marshals Service. The reason the electronic notification system did not transmit a copy of the Order to the Marshals Service was fully discussed with counsel during today's telephone conference. Nevertheless, the Marshals Service is now aware of the Order and has informed the court that the Defendant will be transported to a suitable Federal Bureau of Prisons facility for a mental competency exam as soon as possible. However, as a result, the court and the attorneys recognize that the January 7, 2013 final pretrial setting is now too soon and must be rescheduled. In order to give the Bureau of Prisons time to conduct its examination, the court hereby CONTINUES the Final Pretrial Conference and Competency Hearing until Monday, March 4, 2013 at 9:00 a.m.

Further, the court finds, and counsel for both sides agree, that pursuant to 18 U.S.C. Sec. 3161(h)(1)(A), this delay is excludable in computing the time within which the trial of this case must be commenced.

**SIGNED this the 13th day of December, 2012.**

*/s/ Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE