IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO: 4:12CR155 |
| | § | Judge Schell |
| ANSON CHI | § | |

## SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871
(Possession of a firearm not registered in the National Firearms Registration and Transfer Record)

On or about June 18, 2012, in the Eastern District of Texas, **Anson Chi**, defendant, did knowingly possess a firearm, to wit: a destructive device manufactured through the use of chemicals and a combination of parts intended for use in converting a readily assembled explosive, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845, 5861(d), and 5871.

## Count Two

Violation: 18 U.S.C. § 844(i)
(Explosive Materials - Malicious Use)

On or about June 18, 2012, in the Eastern District of Texas, **Anson Chi**, defendant, did maliciously damage and destroy, and attempt to damage and destroy, by means of fire and an explosive, personal property, namely, an Atmos natural gas pipeline, used in interstate or foreign commerce and used in an activity affecting interstate and foreign commerce.

In violation of 18 U.S.C. § 844(i).

## Count Three

Violation: 18 U.S.C. § 924(c)(1)(B)(ii)
(Use or Carrying a Destructive Device During a Crime of Violence)

On or about June 18, 2012, in the Eastern District of Texas, the defendant, Anson Chi, did knowingly carry and use a destructive device, to wit, an improvised explosive device, during, in relation to, and in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, the malicious use of fire and explosives to damage and destroy an Atmos natural gas pipeline in violation of 18 U.S.C. § 844(i) as charged in Count Two of this Superseding Indictment.

All in violation of 18 U.S.C. § 924(c)(1)(B)(ii).

A TRUE BILL,

*BB*
_____
FOREMAN OF THE GRAND JURY

JOHN M. BALES
UNITED STATES ATTORNEY

_____
M. Andrew Stover
Assistant United States Attorney
Texas State Bar No. 19349300
101 East Park Boulevard, Suite 500
Plano, Texas 75074, (972) 509-1201
Tel: (972) 509-1201
Fax: (972) 509-1209
andrew.stover@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO: 4:12CR155 Judge Schell |
| ANSON CHI | § | |

## Notice of Penalty

### Count One

Violation: 26 U.S.C. § 5861(d)
Penalty: A term of imprisonment of not more than ten years, a fine not to exceed $250,000, or both, and a term of supervised release not to exceed three years.

Special Assessment: $100.00

### Count Two

Violation: 18 U.S.C. § 844(i)

Penalty: A term of imprisonment of not more than twenty years, a fine not to exceed $250,000, or both, and a term of supervised release not to exceed three years.

Special Assessment: $100.00

### Count Three

Violation: 18 U.S.C. § 924(c)(1)(B)(ii)
Penalty: A term of imprisonment of not less than thirty years, a fine not to exceed $250,000, or both, and a term of supervised release not to exceed five years.
Special Assessment: $100.00