UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Richard Schell

COURT REPORTER:
Jerry Kelley

COURTROOM DEPUTY:
Bonnie Sanford

Interpreter:
Michael Mahler

**This day came the parties and by their attorneys the following proceedings were held before Judge Richard Schell in Plano, Texas on 5/1/13:**

**Final Pretrial Conference**

| | |
|---|---|
| 9:12 am | The court called 4:11cr228(2). Jay Combs for the Govt. Ron Uselton for Claudio Velaquez-Reyes. Michael Mahler interpreting. Case set for change of plea on 5/16/13 at 10:30 a.m. before Magistrate Judge Bush. |
| 9:14 am | The court called 4:11cr231(1). Jay Combs for the Govt. Phillip Linder for Gabriel Bennett. Case set as #2 jury selection and trial on Tuesday, 5/28/13 at 9:00 a.m. (3 ½ days). |
| 9:20 am | The court called 4:12cr124(1). Camelia Lopez for the Govt. Garland Cardwell for Dean Edward Buescher. Mr. Buescher is not present due to a medical issue. Case continued for final pretrial conference to 7/1/13 at 9:00 a.m. |
| 9:26 am | The court called 4:12cr155(1). Andrew Stover for the Govt. Brook Busbee and Sminu Peter for Anson Chi. Case continued for final pretrial conference to 6/3/13 at 9:00 a.m. |
| 9:31 am | The court called 4:12cr156. Mandy Griffith for the Govt. Scott Prickett for Joseph Perales. David Scoggins for Marcos Ramon Martinez. No interpreter required. Case continued for final pretrial conference to 6/3/13 at 9:00 a.m. |
| 9:35 am | The court called 4:12cr190. James Peacock for the Govt. Robert Arrambide for Michael Wayne Best. Case set for change of plea hearing on 5/30/13 at 10:30 a.m. |

|          |                                                                                                                                                                                                                                                                                                                                                              |
|----------|--|

before Magistrate Judge Bush.

9:38 am   The court called 4:12cr193. Heather Rattan for the Govt. Mark Perez for Vincent James Kindle. Brian Corrigan for Eric Mandrill Baines. Both counsel request continuance. Mr. Kindle addresses the court regarding his request for new counsel. Defendant's motion to dismiss counsel [de#165] is DENIED. Case continued for final pretrial conference to 6/3/13 at 9:00 a.m.

9:55 am   The court called 4:12cr216. Andrew Williams for the Govt. Michael Jerome Edwards appears pro se with Frank Henderson as standby counsel. John Teakell for Cheri Joann Edwards. The court takes up motion [de#56]. Motion is DENIED.

10:14 am. The court holds a faretta hearing for Michael Jerome Edwards who states he wishes to proceed pro se. The court questions and admonishes Mr. Edwards.

10:45 am. Case set for jury selection and trial on 11/12/13 at 9:00 am. (5 days).

10:48 am  The court calls 4:12cr230. Andrew Williams for the Govt. Frank Henderson for Kuo Wei Lee. Case set for #2 case jury selection and trial on 10/15/13 at 9:00 am. (3 days) Defendant will need a Mandarin interpreter.

10:53 am  The court calls 4:12cr265. Mandy Griffith for the Govt. Ms. Knox for the Damian Orisakwe is not present. Ms. Knox filed a late motion for continuance [de#23]. Motion GRANTED. Case continued for final pretrial conference to 6/3/13 at 9:00 a.m.

10:56 am  The court calls 4:12cr267. Mandy Griffith for the Govt. Frank Henderson for Albert Diaz. Case set for jury selection and trial 8/26/13 at 9:00 a.m. (3 days).

11:03 am  The court calls 4:12cr290. Andrew Williams for the Govt. Scott Palmer for Cotina Young. Case set for #2 jury selection and trial on 11/5/13 at 9:00 a.m. (3 days).

11:09 am  The court calls 4:13cr1. Mandy Griffith for the Govt. James Whalen for Raul Elizondo (1). Donald Hoover for Rene Gaona-Garcia (2). John Lozano for Benito Rufino. Michael Mahler interpreting.

The court GRANTS the defendant's motion to substitute attorney [de#33]. Mr. Whalen is substituted in as counsel.

Case continued for final pretrial conference to 7/1/13 at 9:00 am.

11:14 am  The court calls 4:13cr21. Andrew Williams for the Govt. Bob Jarvis standing in for Matthew Hamilton for defendant Eric Shin Choung. Case continued for final pretrial conference to 6/3/13 at 9:00 a.m.

| | |
|---|---|
| 11:18 am | The court calls 4:13cr59. Mandy Griffith for the Govt. Reginald Smith for Martha Gusky. The court GRANTS defendant's motion to continue [de#11]. Case continued to 6/3/13 at 9:00 am. |
| 11:20 am | The court calls 4:13cr64. Mandy Griffith for the Govt. Christopher Mulder standing in for Douglas Mulder for Carlos Arceo (1). Christopher Mulder for Aide Ochoa-Maldonado. Michael Mahler interpreting. Case continued for final pretrial conference to 6/3/13 at 9:00 a.m. |
| 11:25 am | Court recessed. |