1

1   UNITED STATES DISTRICT COURT

2   EASTERN DISTRICT OF TEXAS

3   SHERMAN DIVISION

4

5   ------------------------------------------------------------

6   THE UNITED STATES OF AMERICA   ] CASE NO. 4:12CR155

7   VS.                            ] 10:30 AM, JUNE 3, 2013

8   ANSON CHI                      ] PLANO, TEXAS

9   ------------------------------------------------------------

10

11   REPORTER'S TRANSCRIPT OF PLEA HEARING

12

13   VOLUME 1 OF 1, PAGES 1 THROUGH 32

14

15   CONCORDANCE, PAGE 28

16

17   THE HONORABLE RICHARD SCHELL, U.S. DISTRICT JUDGE, PRESIDING

18

19

20

21

22

23

24   PROCEEDINGS REPORTED IN REALTIME USING COMPUTERIZED STENOTYPE,

25   TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION.

2

[COURT REPORTER'S NOTES 20130603S, 10:30 AM, MONDAY,
JUNE 3, 2013, PLANO, TEXAS, U.S. DISTRICT JUDGE RICHARD SCHELL
PRESIDING]

APPEARANCES:

FOR THE GOVERNMENT:          ANDREW STOVER

                             ASSISTANT U.S. ATTORNEY

                             101 EAST PARK BOULEVARD, SUITE 500

                             PLANO, TEXAS 75074

                             972-509-1201

FOR THE DEFENDANT:           BROOK BUSBEE

                             ATTORNEY AT LAW

                             703 MCKINNEY, SUITE 312

                             DALLAS, TEXAS 75202

                             214-754-9090

                             AND

                             SMINU PETER

                             ATTORNEY AT LAW

                             811 S. CENTRAL EXPRESSWAY #442

                             RICHARDSON, TEXAS 75080

                             214-570-4944

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 3 of 32 PageID #:  272
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

3

10:31AM  1      THE COURT:  THE NEXT CASE IS THE CASE OF THE UNITED

10:31AM  2  STATES VERSUS ANSON CHI, CAUSE NUMBER 4:12CR155.

10:31AM  3      ANDREW STOVER FOR THE GOVERNMENT, AND DEFENSE

10:31AM  4  COUNSEL BROOK BUSBEE AND SMINU PETER FOR ANSON CHI.

10:31AM  5      THE COURT HAS BEEN GIVEN A PLEA AGREEMENT THAT IS

10:31AM  6  SIGNED BY COUNSEL FOR THE GOVERNMENT AS WELL AS COUNSEL FOR

10:31AM  7  MR. CHI AND BY MR. CHI HIMSELF.

10:32AM  8      MR. CHI, WOULD YOU RAISE YOUR RIGHT HAND, PLEASE.

10:32AM  9      DEPUTY COURT CLERK:  DO YOU SWEAR THAT THE TESTIMONY

10:32AM  10 YOU SHALL GIVE IN THE CASE NOW IN HEARING SHALL BE THE TRUTH,

10:32AM  11 THE WHOLE TRUTH, AND NOTHING BUT THE TRUTH, SO HELP YOU GOD?

10:32AM  12     THE DEFENDANT:  YES, I DO.

10:32AM  13     THE COURT:  THANK YOU, MR. STOVER.

10:32AM  14     MR. STOVER:  THANK YOU, YOUR HONOR.

10:32AM  15     THE COURT:

10:32AM  16 Q.     MR. CHI, WOULD YOU STATE YOUR FULL NAME, PLEASE.

10:32AM  17 A.     MY FULL NAME IS ANSON CHI.

10:32AM  18 Q.     DO YOU UNDERSTAND THAT YOU ARE NOW UNDER OATH AND IF

10:32AM  19 YOU SHOULD ANSWER FALSELY ANY OF THE QUESTIONS I'M ABOUT TO

10:32AM  20 ASK YOU YOUR ANSWERS COULD BE USED AGAINST YOU IN A SEPARATE

10:32AM  21 PROSECUTION, FOR PERJURY OR MAKING A FALSE STATEMENT?

10:32AM  22 A.     YES.

10:32AM  23 Q.     HOW FAR DID YOU GO IN SCHOOL?

10:32AM  24 A.     POST-GRADUATE.

10:32AM  25 Q.     POST-GRADUATE?

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 4 of 32 PageID #:  273
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

4

10:32AM  1  A.      THAT'S CORRECT.  AS A BACHELOR--I HAVE A BACHELOR'S

10:32AM  2  DEGREE, BUT I'M GOING BACK TO SCHOOL.  OR I WAS.

10:33AM  3  Q.      OKAY.  SO YOU HAVE A COLLEGE DEGREE?

10:33AM  4  A.      YES, THAT'S CORRECT.

10:33AM  5  Q.      ALL RIGHT.

10:33AM  6          WHAT IS YOUR AGE?

10:33AM  7  A.      34.  34.

10:33AM  8  Q.      34 YEARS OLD.  ALL RIGHT.

10:33AM  9          HAVE YOU BEEN TREATED RECENTLY FOR ANY MENTAL

10:33AM  10  ILLNESS OR ADDICTION TO NARCOTIC DRUGS?

10:33AM  11  A.      NO.

10:33AM  12  Q.      ARE YOU CURRENTLY UNDER THE CARE OF A DOCTOR OR

10:33AM  13  PSYCHOLOGIST FOR ANY KIND OF PSYCHOLOGICAL OR MENTAL ILLNESS?

10:33AM  14  A.      NO, I AM NOT.

10:33AM  15  Q.      ARE YOU TODAY UNDER THE INFLUENCE OF ANY DRUG OR

10:33AM  16  MEDICATION OR ALCOHOLIC BEVERAGE?

10:33AM  17  A.      NO.

10:33AM  18  Q.      HAVE YOU RECEIVED A COPY OF THE INDICTMENT IN THIS CASE?

10:33AM  19  A.      YES, I HAVE.

10:33AM  20          MR. STOVER:  IF I MAY, YOUR HONOR, HE'S PLEADING

10:33AM  21  TO THE SUPERSEDING INDICTMENT.  I HAVE AN EXTRA COPY OF THE

10:34AM  22  INDICTMENT, IF THE COURT OR MR. CHI NEEDS ONE.

10:34AM  23          THE COURT:  THAT WOULD BE GREAT.

10:34AM  24          MS. BUSBEE:  WE HAVE A COPY, YOUR HONOR.

10:34AM  25          THE COURT:  ALL RIGHT.

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 5 of 32 PageID #:  274
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

5

10:34AM 1   Q.      MR. CHI, DO YOU UNDERSTAND THAT IN COUNT 1 OF THE

10:34AM 2   SUPERSEDING INDICTMENT, FILED FEBRUARY 14TH, 2013, THAT YOU

10:34AM 3   ARE ACCUSED OF THE OFFENSE OF POSSESSION OF A FIREARM NOT

10:35AM 4   REGISTERED IN THE NATIONAL FIREARMS REGISTRATION AND TRANSFER

10:35AM 5   RECORD?

10:35AM 6   A.      YES.

10:35AM 7   Q.      DO YOU UNDERSTAND SPECIFICALLY IT'S ALLEGED THAT ON OR

10:35AM 8   ABOUT JUNE 18TH, 2012, IN THE EASTERN DISTRICT OF TEXAS, THAT

10:35AM 9   YOU KNOWINGLY POSSESSED A FIREARM DESCRIBED AS A DESTRUCTIVE

10:35AM 10  DEVICE MANUFACTURED THROUGH THE USE OF CHEMICALS AND A

10:35AM 11  COMBINATION OF PARTS INTENDED FOR USE IN CONVERTING A READILY

10:35AM 12  ASSEMBLED EXPLOSIVE AND THIS WAS NOT REGISTERED TO YOU IN THE

10:35AM 13  NATIONAL FIREARMS REGISTRATION AND TRANSFER RECORD?  DO YOU

10:35AM 14  UNDERSTAND THAT'S WHAT YOU ARE ACCUSED OF IN COUNT 1 OF THE

10:35AM 15  SUPERSEDING INDICTMENT?

10:35AM 16  A.      YES, I DO.

10:35AM 17  Q.      THERE ARE ALSO COUNTS 2 AND 3, BUT YOUR AGREEMENT IS TO

10:35AM 18  PLEAD TO COUNT 1, IS THAT CORRECT?

10:35AM 19          MR. STOVER:  COUNT 1 AND COUNT 2 OF THE SUPERSEDING

10:35AM 20  INDICTMENT, YOUR HONOR.

10:35AM 21          THE COURT:  I'M SORRY.  OH, YES.  OKAY.

10:35AM 22  Q.      COUNT 2 ACCUSES YOU OF MALICIOUSLY DAMAGING AND

10:36AM 23  DESTROYING OR ATTEMPTING TO DAMAGE AND DESTROY BY MEANS OF

10:36AM 24  FIRE AND BY MEANS OF AN EXPLOSIVE, PERSONAL PROPERTY, NAMELY,

10:36AM 25  AN ATMOS NATURAL-GAS PIPELINE USED IN INTERSTATE OR FOREIGN

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 6 of 32 PageID #:  275
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

6

10:36AM 1  COMMERCE AND USED IN AND AFFECTING INTERSTATE AND FOREIGN

10:36AM 2  COMMERCE.  THIS ALLEGEDLY OCCURRED ON OR ABOUT JUNE 18TH, 2012.

10:36AM 3  DO YOU UNDERSTAND WHAT YOU ARE ACCUSED OF IN COUNT 2 OF THE

10:36AM 4  SUPERSEDING INDICTMENT?

10:36AM 5  A.    YES, I DO.

10:36AM 6         THE COURT:  OKAY.

10:36AM 7         NOW, IN RETURN FOR HIS PLEAS OF GUILTY TO COUNTS 1

10:36AM 8  AND 2, IS IT THE GOVERNMENT'S AGREEMENT TO DISMISS COUNT 3,

10:36AM 9  MR. STOVER?

10:36AM 10        MR. STOVER:  THAT IS CORRECT, YOUR HONOR.

10:37AM 11        THE COURT:

10:37AM 12 Q.    HAVE YOU DISCUSSED THESE CHARGES WITH YOUR ATTORNEYS

10:37AM 13 IN THIS CASE, MR. CHI?

10:37AM 14 A.    YES, I HAVE.

10:37AM 15 Q.    ARE YOU COMPLETELY SATISFIED WITH THE COUNSEL AND

10:37AM 16 ADVICE THAT THEY HAVE GIVEN YOU?

10:37AM 17 A.    YES.

10:37AM 18 Q.    DO YOU HAVE ANY QUESTIONS ABOUT WHAT YOU ARE ACCUSED OF?

10:37AM 19 A.    NO.

10:37AM 20 Q.    I HAVE A PLEA AGREEMENT THAT IS DATED TODAY, JUNE 3RD,

10:37AM 21 2013.  IS THAT YOUR SIGNATURE ON THE PLEA AGREEMENT?

10:37AM 22 A.    YES, IT IS.

10:37AM 23 Q.    DID YOU READ THE PLEA AGREEMENT AND DISCUSS IT WITH

10:37AM 24 YOUR LAWYERS BEFORE YOU SIGNED IT?

10:37AM 25 A.    YES, I DID.

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 7 of 32 PageID #:  276
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

7

10:37AM 1   Q.      ALL RIGHT.  LET'S GO OVER IT.  THE PLEA AGREEMENT

10:37AM 2   INFORMS THE COURT THAT YOU ARE ENTERING THIS PLEA UNDER FEDERAL

10:37AM 3   RULE OF CRIMINAL PROCEDURE 11(C)(1)(C), WHICH ALLOWS YOU TO

10:37AM 4   AGREE WITH THE GOVERNMENT TO A PARTICULAR SENTENCE.  IS THAT

10:37AM 5   YOUR AGREEMENT?

10:38AM 6   A.      YES.

10:38AM 7   Q.      PARAGRAPH 1 STATES THAT YOU UNDERSTAND YOU HAVE THE

10:38AM 8   RIGHT TO A TRIAL BY JURY; YOU HAVE THE RIGHT TO REPRESENTATION

10:38AM 9   OF COUNSEL AT THAT TRIAL; YOU HAVE THE RIGHT TO REQUIRE THE

10:38AM 10  GOVERNMENT TO PROVE ITS CASE AGAINST YOU BEYOND A REASONABLE

10:38AM 11  DOUBT; YOU HAVE THE RIGHT TO CONFRONT AND CROSS-EXAMINE THE

10:38AM 12  GOVERNMENT'S WITNESSES AND TO PRESENT YOUR OWN WITNESSES; YOU

10:38AM 13  HAVE THE RIGHT TO SUBPOENA WITNESSES TO COMPEL THEIR APPEARANCE

10:38AM 14  AT TRIAL; AND YOU WOULD HAVE THE RIGHT TO TESTIFY YOURSELF OR

10:38AM 15  NOT TESTIFY, AS YOU CHOOSE.  DO YOU UNDERSTAND THOSE RIGHTS?

10:38AM 16  A.      YES.

10:38AM 17  Q.      DO YOU UNDERSTAND THAT IF YOU PLEAD GUILTY HERE YOU'LL

10:38AM 18  BE GIVING UP THOSE RIGHTS AND THERE WILL BE NO TRIAL IN YOUR

10:38AM 19  CASE?

10:38AM 20  A.      YES.

10:39AM 21  Q.      DO YOU UNDERSTAND THAT THE RANGE OF PUNISHMENT FOR

10:39AM 22  COUNT 1 IN THE SUPERSEDING INDICTMENT IS IMPRISONMENT FOR A

10:39AM 23  TERM NOT TO EXCEED 10 YEARS, YOU COULD ALSO BE FINED AN AMOUNT

10:39AM 24  NOT TO EXCEED $250,000, YOU WOULD BE REQUIRED TO SERVE A

10:39AM 25  TERM OF SUPERVISED RELEASE OF NOT MORE THAN THREE YEARS AND,

8

10:39AM 1  I ASSUME, NOT LESS THAN ONE YEAR?

10:39AM 2          IS THAT YOUR UNDERSTANDING, MR. STOVER?  THIS

10:39AM 3  CHANGED SOME TIME AGO.  IT USED TO BE TWO TO THREE.  I THINK

10:39AM 4  IT'S ONE TO THREE NOW.

10:39AM 5          MR. STOVER:  I BELIEVE YOU ARE CORRECT, YOUR HONOR,

10:39AM 6  YES, SIR.

10:39AM 7          THE COURT:  OKAY.

10:39AM 8  Q.    SO A TERM OF SUPERVISED RELEASE OF ONE TO THREE YEARS;

10:39AM 9  YOU WOULD ALSO BE REQUIRED TO PAY THE MANDATORY ASSESSMENT OF

10:39AM 10  $100 TO THE GOVERNMENT BEFORE SENTENCING; YOU COULD BE REQUIRED

10:40AM 11  TO FORFEIT ANY PROPERTY TRACEABLE TO THIS CRIME; YOU COULD BE

10:40AM 12  REQUIRED TO PAY RESTITUTION TO THE VICTIMS OR TO THE COMMUNITY;

10:40AM 13  AND YOU COULD BE REQUIRED TO PAY THE COSTS OF YOUR OWN

10:40AM 14  INCARCERATION AND SUPERVISION.  DO YOU UNDERSTAND THAT RANGE

10:40AM 15  OF PUNISHMENT FOR COUNT 1 OF THE SUPERSEDING INDICTMENT?

10:40AM 16  A.    IF I MAY ADDRESS THE COURT JUST BRIEFLY, ON THE

10:40AM 17  RESTITUTION, I'M INDIGENT.  I KNOW AT THE SENTENCING HEARING

10:40AM 18  IS WHEN IT COMES UP AND WE DISCUSS THAT MATTER.  I'M NOT REALLY

10:40AM 19  SURE ABOUT THE RESTITUTION.  I KNOW I SIGNED A PLEA AGREEMENT

10:40AM 20  ALREADY.  I DON'T WANT TO WASTE THE COURT'S TIME.

10:40AM 21          MR. STOVER:  YOUR HONOR, AS YOU'LL ADVISE MR. CHI,

10:40AM 22  RESTITUTION WILL BE PROVED UP AT SENTENCING WHEN ATMOS IS ABLE

10:40AM 23  TO PRESENT EVIDENCE OF WHAT THE DAMAGE WAS AND HOW MUCH IT COST

10:40AM 24  THEM, IN WHICH CASE MR. CHI AND HIS COUNSEL WILL BE ABLE TO

10:40AM 25  EITHER ADD ADDITIONAL TESTIMONY TO ADDRESS THAT OR AGREE WITH

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 9 of 32 PageID #:  278
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

9

10:41AM  1  IT, AND THEN THE COURT WILL MAKE A DECISION WHAT THE

10:41AM  2  RESTITUTION WILL BE.

10:41AM  3         THE DEFENDANT:  THANK YOU.

10:41AM  4         THE COURT:

10:41AM  5  Q.      PROBABLY, JUST READING BETWEEN THE LINES, IT DEPENDS

10:41AM  6  ON THE DAMAGE TO ATMOS ENERGY'S EQUIPMENT AND FACILITIES.

10:41AM  7  A.      OKAY.

10:41AM  8  Q.      THE RANGE OF PUNISHMENT FOR COUNT 2 IS IMPRISONMENT FOR

10:41AM  9  A PERIOD NOT TO EXCEED 20 YEARS; A FINE NOT TO EXCEED $250,000;

10:41AM  10  A TERM OF SUPERVISED RELEASE OF NOT MORE THAN THREE YEARS AND

10:41AM  11  NOT LESS THAN ONE YEAR; YOU WOULD ALSO BE REQUIRED TO PAY THE

10:41AM  12  SPECIAL ASSESSMENT OF $100 FOR THAT COUNT BEFORE SENTENCING;

10:41AM  13  AND, AS WITH COUNT 1, YOU COULD BE REQUIRED TO FORFEIT PROPERTY

10:41AM  14  TRACEABLE TO THE CRIME; YOU WOULD BE REQUIRED TO PAY RESTITUTION

10:41AM  15  TO THE VICTIMS OR TO THE COMMUNITY; AND THE COSTS OF YOUR

10:41AM  16  INCARCERATION AND SUPERVISION COULD ALSO BE IMPOSED.  DO YOU

10:42AM  17  UNDERSTAND THAT RANGE OF PUNISHMENT FOR COUNT 2?

10:42AM  18  A.      THERE IS ONE THING I DON'T UNDERSTAND.  IT'S A SLIGHT

10:42AM  19  ISSUE.  IN REGARDS TO SUPERVISED RELEASE, IS THAT CONCURRENT

10:42AM  20  OR IS THAT STACKED CONSECUTIVELY?  IN OTHER WORDS, IS IT THREE

10:42AM  21  YEARS?

10:42AM  22  Q.      USUALLY SUPERVISED RELEASE RUNS CONCURRENTLY.

10:42AM  23  A.      OKAY.  I APPRECIATE THE ANSWER.

10:42AM  24  Q.      IT WOULD BE UNUSUAL TO RUN THEM CONSECUTIVELY.

10:42AM  25  A.      OKAY.  THANK YOU FOR THE--

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 10 of 32 PageID #:  279
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

10

10:42AM   1   Q.     SOMETIMES PRISON TIME RUNS CONSECUTIVELY, BUT NOT

10:42AM   2   USUALLY SUPERVISED RELEASE.

10:42AM   3   A.     THANK YOU.

10:42AM   4   Q.     ALL RIGHT.

10:42AM   5         PARAGRAPH 4 STATES THAT YOU HAVE REACHED AN AGREEMENT

10:42AM   6   WITH THE U.S. ATTORNEY'S OFFICE UNDER RULE 11(C)(1)(C) AND THAT

10:42AM   7   YOUR AGREEMENT IS THAT YOU WILL SERVE A TERM OF IMPRISONMENT

10:42AM   8   FOR A PERIOD OF TWO YEARS AS TO COUNT 1 OF THE SUPERSEDING

10:42AM   9   INDICTMENT; AND, FURTHER, THAT YOU WILL SERVE A TERM OF

10:42AM  10   IMPRISONMENT FOR A PERIOD OF 20 YEARS AS TO COUNT 2 OF THE

10:43AM  11   SUPERSEDING INDICTMENT; THE TERMS OF IMPRISONMENT FOR EACH

10:43AM  12   COUNT WILL RUN CONSECUTIVE TO EACH OTHER FOR A TOTAL TERM OF

10:43AM  13   IMPRISONMENT OF 22 YEARS.  IS THAT YOUR AGREEMENT WITH THE

10:43AM  14   GOVERNMENT?

10:43AM  15   A.     YES, THAT IS MY AGREEMENT.

10:43AM  16   Q.     THE 11(C)(1)(C) AGREEMENT ALSO STATES THAT YOU WILL

10:43AM  17   PAY THE MANDATORY SPECIAL ASSESSMENTS TOTALING $200 PRIOR TO

10:43AM  18   SENTENCING AND THAT YOU WILL PAY RESTITUTION AS ORDERED BY THE

10:43AM  19   COURT UNDER PARAGRAPH 5 OF THIS PLEA AGREEMENT.  IS THAT ALSO

10:43AM  20   PART OF YOUR 11(C)(1)(C) PLEA AGREEMENT?

10:43AM  21   A.     YES.

10:43AM  22   Q.     DO YOU UNDERSTAND THAT THE COURT MAY ACCEPT OR DECLINE

10:43AM  23   THIS PLEA AGREEMENT?

10:43AM  24   A.     YES, I DO.

10:43AM  25   Q.     DO YOU UNDERSTAND THAT THE COURT WILL ACCEPT YOUR PLEA

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 11 of 32 PageID #:  280
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

11

10:43AM  1   TODAY AND FIND YOU GUILTY, BUT WILL WITHHOLD DECISION ON THE

10:43AM  2   11(C)(1)(C) PLEA AGREEMENT UNTIL THE COURT SEES THE PRESENTENCE

10:43AM  3   REPORT?

10:43AM  4    A.     YES, I UNDERSTAND.

10:44AM  5    Q.     DO YOU UNDERSTAND THAT IF THE COURT DOES NOT ACCEPT

10:44AM  6   YOUR 11(C)(1)(C) PLEA AGREEMENT, YOU CAN WITHDRAW YOUR PLEA OF

10:44AM  7   GUILTY?

10:44AM  8    A.     YES.

10:44AM  9    Q.     OKAY.

10:44AM  10          NOW, PARAGRAPH 5 IS ON RESTITUTION AND IT STATES

10:44AM  11   THAT YOU UNDERSTAND YOU MAY BE ORDERED TO PAY RESTITUTION.

10:44AM  12   YOU'VE ALSO AGREED THAT THE RESTITUTION IN THIS CASE IS

10:44AM  13   NOT LIMITED TO THE OFFENSE OF CONVICTION AND MAY INCLUDE

10:44AM  14   RESTITUTION FOR ALL LOSSES CAUSED BY YOUR CONDUCT EVEN IF

10:44AM  15   SUCH LOSSES RESULTED FROM CRIMES NOT CHARGED OR ADMITTED

10:44AM  16   BY YOU IN THE FACTUAL STATEMENT.  IS THAT YOUR AGREEMENT?

10:44AM  17    A.     YES.

10:44AM  18    Q.     PARAGRAPH 6 STATES THAT YOU HAVE AGREED TO COOPERATE

10:44AM  19   WITH THE GOVERNMENT BY GIVING COMPLETE AND TRUTHFUL INFORMATION

10:44AM  20   AND TESTIMONY, IF REQUESTED, CONCERNING YOUR PARTICIPATION IN

10:45AM  21   THIS OFFENSE AND YOUR KNOWLEDGE OF THE CRIMINAL ACTIVITIES OF

10:45AM  22   OTHER PERSONS.

10:45AM  23    A.     YES.

10:45AM  24    Q.     IS THAT YOUR AGREEMENT?

10:45AM  25    A.     YES, THAT IS MY AGREEMENT.

PLEA HEARING FOR ANSON CHI JUNE 3, 2013

12

10:45AM 1    Q.    HAVE YOU AGREED TO SUBMIT A PERSONAL FINANCIAL STATEMENT

10:45AM 2    UNDER OATH TO THE GOVERNMENT AND TO THE U.S. PROBATION OFFICE

10:45AM 3    PROMPTLY?

10:45AM 4    A.    YES.  HOWEVER, I PERSONALLY CAN'T DO IT.  I'M IN JAIL.

10:45AM 5    SO...

10:45AM 6              THE COURT:  OKAY.

10:45AM 7              MS. BUSBEE, YOU WILL ASSIST MR. CHI IN FILLING THAT

10:45AM 8    OUT?

10:45AM 9              MS. BUSBEE:  I WILL, YOUR HONOR.

10:45AM 10             THE COURT:  ALL RIGHT.

10:45AM 11   Q.    PARAGRAPH 7 BASICALLY INFORMS YOU AND INFORMS THE COURT

10:46AM 12   THAT AFTER YOUR SENTENCING THE GOVERNMENT WILL DISMISS ANY

10:46AM 13   REMAINING CHARGES AGAINST YOU, AND I ASSUME THAT WOULD BE COUNT

10:46AM 14   3 OF THE SUPERSEDING INDICTMENT.  IS THAT YOUR UNDERSTANDING?

10:46AM 15   A.    YES.

10:46AM 16   Q.    ALL RIGHT.

10:46AM 17             PARAGRAPH 8 INFORMS YOU THAT SHOULD YOU VIOLATE ANY

10:46AM 18   TERM OF THIS PLEA AGREEMENT, THE GOVERNMENT WILL BE FREE FROM

10:46AM 19   ITS OBLIGATIONS UNDER THE PLEA AGREEMENT AND MAY PROSECUTE YOU

10:46AM 20   FOR ALL OFFENSES OF WHICH IT HAS KNOWLEDGE.  DO YOU UNDERSTAND

10:46AM 21   THAT?

10:46AM 22   A.    IF I MAY ASK ONE QUICK QUESTION, IT'S AGAIN ABOUT

10:46AM 23   RESTITUTION.  I AM INDIGENT.  IF I AM ORDERED TO PAY RESTITUTION,

10:46AM 24   WHICH I UNDERSTAND AS PART OF THE PLEA AGREEMENT THAT I MAY BE

10:46AM 25   REQUIRED TO DO THAT, IF I DON'T PAY, THEN DOES THAT MEAN THAT

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 13 of 32 PageID #:  282
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

13

10:46AM  1   THE PLEA OFFER GETS WITHDRAWN BY THE GOVERNMENT BECAUSE I'M

10:46AM  2   INDIGENT?

10:46AM  3    Q.     WELL, IF YOU DON'T PAY TO THE BEST OF YOUR ABILITY.

10:46AM  4    A.     OH, TO THE BEST OF MY ABILITY.  OKAY.  SO, FOR EXAMPLE,

10:46AM  5   IF THE COURT ORDERS ME TO PAY $50,000, AND I DON'T HAVE $50,000,

10:47AM  6   THAT WOULD VIOLATE--TECHNICALLY VIOLATE THE PLEA AGREEMENT?

10:47AM  7    Q.     WELL, THE WAY IT WOULD WORK IS, ONCE I RECEIVE THE

10:47AM  8   PRESENTENCE REPORT AND YOU GET A COPY AND MR. STOVER RECEIVES

10:47AM  9   A COPY, THEN I'LL SET YOUR CASE FOR SENTENCING.  AT THAT POINT,

10:47AM  10  I'LL ORDER WHATEVER RESTITUTION IS APPROPRIATE.  YOU WOULD THEN

10:47AM  11  HAVE BEEN SENTENCED, AND YOU WILL BE REMANDED TO CUSTODY, AND

10:47AM  12  THEN A PRISON FACILITY WILL BE DESIGNATED FOR YOU.  YOU WILL

10:47AM  13  HAVE TO PAY RESTITUTION TO THE BEST OF YOUR ABILITY.  NOW,

10:47AM  14  UNDER THIS PLEA AGREEMENT, YOU WILL BE IN PRISON.  SO I'LL

10:47AM  15  PROBABLY RECOMMEND THAT YOU PARTICIPATE IN THE INMATE FINANCIAL

10:47AM  16  RESPONSIBILITY PROGRAM, WHICH GIVES YOU THE OPTION--IF IT'S

10:47AM  17  AVAILABLE, DEPENDING ON THE INSTITUTION THAT YOU ARE DESIGNATED

10:47AM  18  TO, GIVES YOU THE OPTION TO WORK WHILE YOU ARE IN PRISON.

10:47AM  19  AND YOU WOULD THEN NEED TO USE YOUR EARNINGS TO BEGIN PAYING

10:48AM  20  RESTITUTION.  BUT IF AT ANY TIME YOU ARE NOT PAYING RESTITUTION,

10:48AM  21  WHETHER YOU ARE IN PRISON OR WHETHER, LATER, YOU HAVE BEEN

10:48AM  22  RELEASED FROM PRISON, AFTER YOU SERVE YOUR SENTENCE, AND

10:48AM  23  THEN YOU GET A JOB AND START WORKING--IF YOU ARE NOT PAYING

10:48AM  24  RESTITUTION TO THE BEST OF YOUR ABILITY EITHER IN PRISON OR

10:48AM  25  WHILE YOU ARE ON SUPERVISED RELEASE, THEN YOUR SUPERVISED

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 14 of 32 PageID #:  283
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

14

10:48AM  1  RELEASE LATER ON COULD BE REVOKED AND YOU COULD BE SENT BACK

10:48AM  2  TO PRISON.  SO YOU HAVE TO PAY TO THE BEST OF YOUR ABILITY.

10:48AM  3  A.    OKAY.  THAT WAS MY ONLY QUESTION.  JUST TO THE BEST

10:48AM  4  OF MY ABILITY.  BECAUSE, AGAIN, I'M INDIGENT.  AND SO I DON'T

10:48AM  5  WANT THAT AS A TECHNICALITY.  SO THANK YOU FOR THE EXPLANATION.

10:48AM  6  Q.    OKAY.

10:48AM  7        ARE YOU PLEADING GUILTY FREELY AND VOLUNTARILY?

10:48AM  8  A.    YES, I AM.

10:48AM  9  Q.    HAS ANYONE ATTEMPTED TO FORCE YOU OR THREATEN YOU TO

10:48AM  10  GET YOU TO PLEAD GUILTY?

10:48AM  11  A.    NO.

10:48AM  12  Q.    ARE YOU PLEADING GUILTY BECAUSE YOU ARE GUILTY AND FOR

10:49AM  13  NO OTHER REASON?

10:49AM  14  A.    YES.

10:49AM  15  Q.    IS IT YOUR AGREEMENT TO GIVE UP YOUR RIGHT TO APPEAL

10:49AM  16  YOUR CONVICTION AND SENTENCE IN THIS CASE EXCEPT THAT YOU ARE

10:49AM  17  RESERVING THE RIGHT TO APPEAL ANY SENTENCE THAT THE COURT MIGHT

10:49AM  18  IMPOSE THAT EXCEEDS THE STATUTORY MAXIMUM AND ANY CLAIM YOU

10:49AM  19  MAY HAVE OF INEFFECTIVE ASSISTANCE OF COUNSEL THAT AFFECTS

10:49AM  20  THE VALIDITY OF YOUR WAIVER OF RIGHT TO APPEAL?

10:49AM  21  A.    YES.

10:49AM  22  Q.    ARE YOU ALSO, UNDER PARAGRAPH 11, GIVING UP WHATEVER

10:49AM  23  RIGHT YOU MAY HAVE TO REQUEST ANY RECORDS FROM ANY DEPARTMENT

10:49AM  24  OR AGENCY OF THE UNITED STATES PERTAINING TO THIS INVESTIGATION

10:49AM  25  OR YOUR PROSECUTION IN THIS CASE?

Case 4:12-cr-00155-RAS-DDB Document 46 Filed 06/12/13 Page 15 of 32 PageID #: 284
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

15

10:49AM 1   A.      MAY I ADDRESS MY COUNSEL, PLEASE?

10:49AM 2          THE COURT:  YES.

10:49AM 3          [OFF-THE-RECORD DISCUSSION BETWEEN THE DEFENDANT AND

10:50AM 4   HIS COUNSEL]

10:50AM 5          THE COURT:

10:50AM 6   Q.      SO IS IT YOUR AGREEMENT TO GIVE UP YOUR RIGHT TO

10:50AM 7   REQUEST ANY RECORDS OR PAPERS FROM ANY DEPARTMENT OR AGENCY OF

10:50AM 8   THE UNITED STATES PERTAINING TO THIS INVESTIGATION OF YOU AND

10:50AM 9   THE PROSECUTION OF YOU IN THIS CASE?

10:51AM 10  A.      YES.

10:51AM 11  Q.      ALL RIGHT.

10:51AM 12          AND, AGAIN, DO YOU FEEL THAT YOU HAVE THOROUGHLY

10:51AM 13  REVIEWED ALL LEGAL AND FACTUAL ASPECTS OF THIS CASE WITH YOUR

10:51AM 14  LAWYERS?

10:51AM 15  A.      YES.

10:51AM 16  Q.      AND YOU ARE FULLY SATISFIED WITH THE COUNSEL AND ADVICE

10:51AM 17  THAT THEY HAVE GIVEN YOU, IS THAT CORRECT?

10:51AM 18  A.      YES.

10:51AM 19  Q.      DO YOU UNDERSTAND THAT THIS PLEA AGREEMENT IS BETWEEN

10:51AM 20  YOU AND THE U.S. ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT

10:51AM 21  OF TEXAS AND DOES NOT PROTECT YOU FROM ANY PROSECUTION BY

10:51AM 22  ANY OTHER PROSECUTING AUTHORITY?

10:51AM 23  A.      YES.

10:51AM 24  Q.      DO YOU UNDERSTAND THAT NOTHING IN THIS PLEA AGREEMENT

10:51AM 25  RELEASES YOU FROM ANY CIVIL LIABILITY?

PLEA HEARING FOR ANSON CHI JUNE 3, 2013

16

| 10:51AM | 1 | A.     YES. |

10:51AM 1 A.     YES.

10:51AM 2 Q.     IS THIS YOUR ENTIRE PLEA AGREEMENT?

10:52AM 3 A.     YES.

10:52AM 4 Q.     ARE THERE ANY OTHER PROMISES OR REPRESENTATIONS FROM

10:52AM 5 THE GOVERNMENT THAT YOU ARE RELYING UPON OTHER THAN WHAT'S

10:52AM 6 CONTAINED IN WRITING IN THIS PLEA AGREEMENT?

10:52AM 7 A.     NO.

10:52AM 8 Q.     DO YOU HAVE ANY QUESTIONS ABOUT YOUR PLEA AGREEMENT?

10:52AM 9 A.     I DO, BUT NOT FOR THE COURT.

10:52AM 10 Q.     OKAY.  ALL RIGHT.

10:52AM 11          WELL, NOW, IN A FEW MINUTES I'M GOING TO ASK YOU

10:52AM 12 HOW YOU WISH TO PLEAD, GUILTY OR NOT GUILTY.  SO IF YOU HAVE

10:52AM 13 ANY QUESTIONS ABOUT YOUR PLEA AGREEMENT, DO YOU NEED TO CONSULT

10:52AM 14 WITH YOUR LAWYERS?

10:52AM 15 A.     NO.

10:52AM 16 Q.     OKAY.  ALL RIGHT.

10:52AM 17          DO YOU UNDERSTAND THAT THE OFFENSES TO WHICH YOU ARE

10:52AM 18 PLEADING GUILTY ARE FELONY OFFENSES?

10:52AM 19 A.     YES.  CAN I ASK A QUESTION?

10:53AM 20 Q.     YES.

10:53AM 21 A.     IS THERE A CLASSIFICATION, SUCH AS TEXAS F3, F2, F1?

10:53AM 22 IS IT ALL JUST ONE CATEGORY?

10:53AM 23 Q.     AS FAR AS I KNOW, UNDER FEDERAL LAW, IT'S EITHER

10:53AM 24 A FELONY OR IT'S NOT.  I DON'T KNOW.  THERE PROBABLY ARE

10:53AM 25 CLASSIFICATIONS.

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 17 of 32 PageID #: 286
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

17

10:53AM 1          MR. STOVER:  YOUR HONOR, THERE ARE, LIKE, A, B, C

10:53AM 2   AND D BASED ON THE LEVEL OF PUNISHMENT.  I DON'T HAVE THE

10:53AM 3   STATUTE WITH ME, BUT THEY'RE ALL FELONIES, BUT THEY'RE JUST

10:53AM 4   CLASSIFIED WHETHER IT'S NOT MORE THAN FIVE YEARS, NOT MORE THAN

10:53AM 5   10 YEARS, NOT MORE THAN 20 YEARS AND, FOR INSTANCE, BANK FRAUD

10:53AM 6   IS IN ITS OWN SECTION BECAUSE THERE'S MANDATORY JAIL TIME FOR

10:53AM 7   THAT ONE.  BUT THERE'S DIFFERENT LEVELS BASED ON--

10:53AM 8          THE COURT:

10:53AM 9    Q.     IT DEPENDS ON THE TYPE OF OFFENSE.  FOR EXAMPLE, DRUG

10:53AM 10  OFFENSES ARE USUALLY ZERO TO 20 OR 5 TO 40 OR 10 TO LIFE.  BUT

10:53AM 11  IT VARIES DEPENDING ON THE TYPE OF OFFENSE.

10:53AM 12   A.     I UNDERSTAND.  THE REASON I ASK IS SIMPLY BECAUSE IT

10:54AM 13  IS A MAXIMUM SENTENCE FOR COUNT 2 AND I'M NOT SURE IF THAT WILL

10:54AM 14  PUT ME AT A MAXIMUM-SECURITY LEVEL, MEANING I'D BE SENT TO AN

10:54AM 15  ADMINISTRATIVE MAXIMUM-SECURITY PRISON VERSUS ANOTHER PRISON.

10:54AM 16   Q.     THAT'S UP TO THE BUREAU OF PRISONS.  I CAN'T SAY.

10:54AM 17   A.     OKAY.

10:54AM 18   Q.     I DON'T KNOW WHERE THEY WILL DESIGNATE YOU.

10:54AM 19   A.     OKAY.  THANK YOU.

10:54AM 20   Q.     BUT THE POINT I WANT YOU TO UNDERSTAND IS THAT YOU ARE

10:54AM 21  PLEADING GUILTY TO TWO FELONY OFFENSES.  AS A RESULT OF YOUR

10:54AM 22  PLEAS OF GUILTY AND YOUR CONVICTION FOR THESE OFFENSES, DO

10:54AM 23  YOU UNDERSTAND THAT YOU COULD LOSE SOME VALUABLE CIVIL RIGHTS,

10:54AM 24  INCLUDING THE RIGHT TO HOLD PUBLIC OFFICE, TO SERVE ON A JURY,

10:54AM 25  TO POSSESS A FIREARM AND TO VOTE?

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 18 of 32 PageID #:  287
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

18

10:54AM 1  A.      YES.

10:54AM 2  Q.      DO YOU UNDERSTAND THAT THERE IS NO PAROLE OR EARLY

10:54AM 3  RELEASE IN THE FEDERAL PRISON SYSTEM?

10:55AM 4  A.      YES, I UNDERSTAND.

10:55AM 5  Q.      DO YOU UNDERSTAND THAT THE TERMS OF SUPERVISED RELEASE

10:55AM 6  FROM ONE TO THREE YEARS WOULD BE IN ADDITION TO THE PRISON

10:55AM 7  TIME THAT YOU'VE AGREED TO IN THIS PLEA AGREEMENT?

10:55AM 8  A.      CAN YOU REPEAT THAT?  I'M SORRY.

10:55AM 9  Q.      DO YOU UNDERSTAND THAT THE TERMS OF SUPERVISED RELEASE

10:55AM 10 FOR EACH COUNT FROM ONE TO THREE YEARS WOULD BE IN ADDITION TO

10:55AM 11 THE PRISON TIME THAT YOU'VE AGREED TO IN THIS PLEA AGREEMENT?

10:55AM 12 A.      YES.  SORRY.

10:55AM 13 Q.      DO YOU UNDERSTAND THAT IF WHILE YOU ARE ON SUPERVISED

10:55AM 14 RELEASE YOU SHOULD VIOLATE ANY OF THE CONDITIONS OF RELEASE YOU

10:55AM 15 COULD BE RE-ARRESTED AND SENT BACK TO PRISON FOR THE FULL TERM

10:55AM 16 OF SUPERVISED RELEASE?

10:55AM 17 A.      YES.

10:55AM 18 Q.      OKAY.

10:55AM 19         AND FOR AN 11(C)(1)(C) PLEA AGREEMENT, IT'S NOT AS

10:56AM 20 IMPORTANT, BUT JUST SO I'LL KNOW, HAVE YOU DISCUSSED THE U.S.

10:56AM 21 SENTENCING GUIDELINES AND HOW THEY MAY APPLY TO YOU IN THIS

10:56AM 22 CASE WITH YOUR LAWYERS?

10:56AM 23 A.      YES, I HAVE.

10:56AM 24 Q.      OKAY.

10:56AM 25         AND DO YOU UNDERSTAND THAT IF THIS CASE WERE TO GO

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 19 of 32 PageID #: 288
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

19

10:56AM  1  TO TRIAL THAT UNDER COUNT 1 OF THE SUPERSEDING INDICTMENT

10:56AM  2  THE GOVERNMENT WOULD BE REQUIRED TO PROVE THAT YOU KNOWINGLY

10:56AM  3  POSSESSED A DESTRUCTIVE DEVICE MANUFACTURED THROUGH THE USE

10:56AM  4  OF CHEMICALS AND A COMBINATION OF PARTS INTENDED FOR USE IN

10:56AM  5  CONVERTING A READILY ASSEMBLED EXPLOSIVE, AND THAT THIS DEVICE

10:56AM  6  HAD NOT BEEN REGISTERED TO YOU IN THE NATIONAL FIREARMS

10:56AM  7  REGISTRATION AND TRANSFER RECORD, AND THIS IS ALLEGED TO HAVE

10:57AM  8  OCCURRED ON OR ABOUT JUNE 18TH, 2012?  DO YOU UNDERSTAND THAT

10:57AM  9  THE GOVERNMENT WOULD BE REQUIRED TO PROVE THAT AT A JURY TRIAL?

10:57AM  10  A.    YES.

10:57AM  11  Q.    AND FOR COUNT 2 OF THE SUPERSEDING INDICTMENT, THE

10:57AM  12  GOVERNMENT WOULD BE REQUIRED TO PROVE THAT ON OR ABOUT JUNE

10:57AM  13  18TH, 2012, AGAIN, IN THE EASTERN DISTRICT OF TEXAS, THAT YOU

10:57AM  14  MALICIOUSLY DAMAGED AND DESTROYED OR ATTEMPTED TO DAMAGE AND

10:57AM  15  DESTROY BY MEANS OF FIRE AND AN EXPLOSIVE THE PERSONAL PROPERTY

10:57AM  16  OF ATMOS--I DON'T KNOW THE NAME OF THE COMPANY, BUT I'M

10:57AM  17  ASSUMING ATMOS ENERGY--

10:57AM  18  A.    THAT IS CORRECT.

10:57AM  19  Q.    --AND THAT THIS PERSONAL PROPERTY WAS A NATURAL-GAS

10:57AM  20  PIPELINE USED IN INTERSTATE OR FOREIGN COMMERCE AND USED IN

10:57AM  21  AN ACTIVITY AFFECTING INTERSTATE AND FOREIGN COMMERCE.  DO YOU

10:57AM  22  UNDERSTAND THE GOVERNMENT WOULD HAVE TO PROVE THAT AT A TRIAL?

10:58AM  23  A.    YES.

10:58AM  24          THE COURT:  OKAY.

10:58AM  25          MR. STOVER, DO YOU WANT TO PRESENT AN INDEPENDENT

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 20 of 32 PageID #:  289
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

20

10:58AM 1 FACTUAL BASIS FOR THIS PLEA?

10:58AM 2            MR. STOVER:  YES, YOUR HONOR.

10:58AM 3  Q.    AS THE COURT POINTED OUT, MR. CHI, AS TO COUNT 1, THE

10:58AM 4 GOVERNMENT WOULD HAVE TO PROVE YOU ILLEGALLY POSSESSED CERTAIN

10:58AM 5 KINDS OF UNREGISTERED FIREARMS OR DESTRUCTIVE DEVICES

10:58AM 6 MANUFACTURED THROUGH THE USE OF CHEMICALS OR A COMBINATION

10:58AM 7 OF PARTS INTENDED FOR USE IN CONVERTING A READILY ASSEMBLED

10:58AM 8 EXPLOSIVE.  TO BE FOUND GUILTY OF THIS CRIME, WE WOULD HAVE TO

10:58AM 9 PROVE THE FOLLOWING FIVE ELEMENTS.

10:58AM 10            WHAT I'M GOING TO DO IS GO THROUGH EACH ELEMENT AND

10:58AM 11 EXPLAIN TO THE COURT FACTS WE WOULD OFFER IN SUPPORT OF EACH

10:58AM 12 ELEMENT TO PROVE YOU GUILTY BEYOND A REASONABLE DOUBT.

10:58AM 13            THE FIRST ELEMENT IS THAT YOU KNOWINGLY POSSESSED A

10:58AM 14 FIREARM, WHICH IS DEFINED AS A DEVICE MANUFACTURED FOR USE IN

10:58AM 15 THE STATUTE, THROUGH THE USE OF CHEMICALS AND A COMBINATION OF

10:58AM 16 PARTS INTENDED FOR CONVERTING A READILY ASSEMBLED EXPLOSIVE.

10:58AM 17 SO THE FIRST ELEMENT IS THAT YOU KNOWINGLY POSSESSED A FIREARM

10:59AM 18 UNDER THAT DEFINITION.

10:59AM 19            THE GOVERNMENT WOULD OFFER EVIDENCE THAT ON JUNE

10:59AM 20 THE 18TH, 2013 [SIC], IN THE CITY OF PLANO, IN COLLIN COUNTY,

10:59AM 21 TEXAS, WITHIN THE EASTERN DISTRICT OF TEXAS, YOU DID, IN FACT,

10:59AM 22 POSSESS THAT EXPLOSIVE DEVICE AND DID, IN FACT, CAUSE THAT

10:59AM 23 DEVICE TO

10:59AM 24 BE EXPLODED IN THE--IN COLLIN COUNTY, IN THE CITY OF PLANO.

10:59AM 25 DO YOU UNDERSTAND THAT?

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 21 of 32 PageID #:  290
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

21

10:59AM 1   A.    YES.

10:59AM 2   Q.    OKAY.

10:59AM 3       COUNT 2 [SIC] SAYS THAT THE FIREARM WAS A

10:59AM 4  DESTRUCTIVE DEVICE MANUFACTURED THROUGH THE USE OF CHEMICALS

10:59AM 5  AND A COMBINATION OF PARTS INTENDED FOR USE IN CONVERTING A

10:59AM 6  READILY ASSEMBLED EXPLOSIVE.

10:59AM 7       NOW, THE CHEMICALS HERE HAVE BEEN ANALYZED, AND

10:59AM 8  AS YOU UNDERSTAND, THEY WERE A COMBINATION OF CHEMICALS THAT

10:59AM 9  CREATED AN EXPLOSIVE DEVICE THROUGH CHEMICALS KNOWN AS METHYL

10:59AM 10  NITRATE, AND THAT YOU OBTAINED THESE CHEMICALS THAT WERE

10:59AM 11  NECESSARY TO MANUFACTURE THIS EXPLOSIVE AND DID COMBINE THESE

11:00AM 12  CHEMICALS FOR THE PURPOSE OF USE OF METHYL NITRATE AS AN

11:00AM 13  EXPLOSIVE DEVICE.  IS THAT CORRECT?

11:00AM 14   A.    YES.

11:00AM 15   Q.    THIRD, THAT THE DEFENDANT KNEW OF THE CHARACTERISTICS

11:00AM 16  OF THE FIREARM, THAT IS, THAT IT WAS A DESTRUCTIVE DEVICE

11:00AM 17  MANUFACTURED THROUGH THE USE OF CHEMICALS AND A COMBINATION

11:00AM 18  OF PARTS INTENDED FOR USE IN CONVERTING READILY ASSEMBLED

11:00AM 19  EXPLOSIVES.  IN THIS CASE, THE GOVERNMENT WOULD OFFER YOUR

11:00AM 20  STATEMENT AS WELL AS EVIDENCE THAT YOU RESEARCHED AND HAD

11:00AM 21  DOCUMENTS THROUGH EITHER THE INTERSTATE OR HARD COPIES OF THE

11:00AM 22  INGREDIENTS THAT WOULD BE NECESSARY TO ASSEMBLE AN EXPLOSIVE

11:00AM 23  DEVICE OF METHYL NITRATE, AND THAT YOU, IN FACT, USED THESE

11:00AM 24  DOCUMENTS AND CHEMICALS FOR THE PURPOSE OF CREATING THE

11:00AM 25  EXPLOSIVE DEVICE.

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 22 of 32 PageID #:  291
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

22

11:00AM  1    A.    YES.

11:00AM  2    Q.    OKAY.

11:00AM  3          FOURTH, THAT THE FIREARM WAS AND COULD READILY HAVE

11:00AM  4    BEEN PUT IN OPERATING CONDITION.  THE GOVERNMENT WOULD OFFER

11:00AM  5    THAT ON JUNE 18TH, 2013 [SIC], YOU DID, IN FACT, IGNITE THAT

11:00AM  6    DEVICE--

11:00AM  7    A.    2012.  SORRY.  2012.

11:01AM  8    Q.    THAT'S CORRECT, 2012.  THAT YOU DID, IN FACT, IGNITE

11:01AM  9    THAT DEVICE, PROVING THAT IT WAS READILY AVAILABLE TO BE PUT

11:01AM  10   INTO OPERATING CONDITION.

11:01AM  11   A.    YES.

11:01AM  12   Q.    OKAY.

11:01AM  13         AND THE FIFTH ELEMENT IS THE FIREARM OR EXPLOSIVE

11:01AM  14   DEVICE WAS NOT REGISTERED TO THE DEFENDANT IN THE NATIONAL

11:01AM  15   FIREARMS REGISTRATION AND TRANSFER RECORD, AND IT DOES NOT

11:01AM  16   MATTER WHETHER OR NOT YOU KNEW THAT THE FIREARM WAS NOT

11:01AM  17   REGISTERED OR HAD TO BE REGISTERED, AND THE GOVERNMENT WOULD

11:01AM  18   PROFFER THAT AGENTS WITH THE ATF AND THE FBI CHECKED THE

11:01AM  19   REGISTRATION AND TRANSFER RECORD, AND MR. CHI'S NAME AND SOCIAL

11:01AM  20   SECURITY NUMBER AND OTHER IDENTIFIERS WERE NOT PRESENT IN THAT

11:01AM  21   REGISTRY.

11:01AM  22         YOU'VE HEARD THESE FACTS.  ARE ALL THESE FACTS TRUE

11:01AM  23   AND CORRECT AS TO COUNT 1, MR. CHI?

11:01AM  24   A.    YES.

11:01AM  25   Q.    COUNT 2 CHARGES YOU WITH A VIOLATION OF 844(I), WHICH

Case 4:12-cr-00155-RAS-DDB  Document 46  Filed 06/12/13  Page 23 of 32 PageID #:  292
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

23

11:01AM   1  MAKES IT A CRIME FOR ANYONE TO ATTEMPT TO MALICIOUSLY DESTROY

11:01AM   2  OR DAMAGE BY FIRE OR EXPLOSIVE ANY BUILDING, VEHICLE OR

11:02AM   3  ANY OTHER REAL PROPERTY--REAL OR PERSONAL PROPERTY USED IN

11:02AM   4  INTERSTATE OR FOREIGN COMMERCE OR AFFECTING INTERSTATE OR

11:02AM   5  FOREIGN COMMERCE.  SO I HAVE THREE ELEMENTS HERE THAT WE

11:02AM   6  WOULD HAVE TO PROVE IN ORDER TO ESTABLISH THAT VIOLATION.

11:02AM   7          FIRST--AND AGAIN, THE DEFINITION THAT WE'RE USING

11:02AM   8  OF "MALICIOUSLY" UNDER THE STATUTE IS AN ACT DONE INTENTIONALLY

11:02AM   9  OR WITH DISREGARD OF THE LIKELIHOOD THAT DAMAGE OR INJURY WOULD

11:02AM  10  RESULT.  SO THE FIRST ELEMENT IS THAT THE DEFENDANT MALICIOUSLY

11:02AM  11  ATTEMPTED TO DAMAGE OR DESTROY A NATURAL-GAS PIPELINE DESCRIBED

11:02AM  12  IN THE INDICTMENT BY MEANS OF EXPLOSIVES.  IN THIS CASE, THE

11:02AM  13  GOVERNMENT WOULD OFFER THAT YOU DID, IN FACT, USE THE EXPLOSIVE

11:02AM  14  DEVICE OF CHEMICALS OF METHYL NITRATE AND ATTACHED THEM TO THE

11:02AM  15  CHEMICAL PIPELINE OWNED BY ATMOS, NATURAL-GAS PIPELINE, AND

11:02AM  16  DID, IN FACT, IGNITE IT WITH INTENT TO DAMAGE THE PIPELINE.

11:02AM  17  IS THAT CORRECT?

11:02AM  18  A.      YES.

11:02AM  19  Q.      SECOND, THAT THE DEFENDANT ACTED INTENTIONALLY OR WITH

11:03AM  20  DELIBERATE DISREGARD TO THE LIKELIHOOD THAT DAMAGE OR INJURY

11:03AM  21  WOULD RESULT FROM HIS ACTS.  NOW, THE GOVERNMENT WOULD OFFER IN

11:03AM  22  THIS PARTICULAR--FOR THIS ELEMENT THAT YOU DID, IN FACT, ATTACH

11:03AM  23  THE EXPLOSIVE TO A NATURAL-GAS LINE, AND DID, IN FACT, DETONATE

11:03AM  24  IT WITHIN THE CITY OF PLANO, AND THAT YOU INTENDED TO DAMAGE

11:03AM  25  THAT PIPE, AND IT WAS ALSO YOUR INTENT AT THAT TIME TO DISRUPT

24

11:03AM  1  THE FLOW OF NATURAL GAS THROUGH THAT PIPELINE.  IS THAT

11:03AM  2  CORRECT?

11:03AM  3   A.    YES.

11:03AM  4   Q.    AND, FINALLY, THE THIRD ELEMENT THAT WOULD HAVE TO

11:03AM  5  BE PROVED IS THAT THE ATMOS NATURAL-GAS PIPELINE THAT THE

11:03AM  6  DEFENDANT ATTEMPTED TO DAMAGE OR DESTROY WAS USED IN ACTIVITY

11:03AM  7  AFFECTING FOREIGN OR INTERSTATE COMMERCE.  THE GOVERNMENT WOULD

11:03AM  8  PROFFER THAT IT INVESTIGATED AND THE FBI CONTACTED ATMOS ENERGY

11:03AM  9  TO CONFIRM THAT THEY DO BUSINESS IN MORE THAN 12 STATES IN THE

11:03AM  10 UNITED STATES, THAT THE DISRUPTION OF THE PIPELINE IN ANY OF

11:03AM  11 THESE STATES AFFECTS THEIR ABILITY TO PROVIDE NATURAL-GAS

11:03AM  12 PIPELINE SERVICES AND, THEREFORE, AFFECTED THEIR ABILITY TO

11:04AM  13 TRANSACT BUSINESS IN INTERSTATE COMMERCE.

11:04AM  14         MR. CHI, HAVE YOU HEARD EVERYTHING I SAID AS RELATED

11:04AM  15 TO THESE FACTS?

11:04AM  16  A.    YES.

11:04AM  17  Q.    ARE THEY ALL TRUE AND CORRECT?

11:04AM  18  A.    YES.

11:04AM  19         MR. STOVER:  THAT'S ALL I HAVE, YOUR HONOR.  THANK

11:04AM  20 YOU.

11:04AM  21         THE COURT:  THANK YOU, MR. STOVER.

11:04AM  22         THE COURT FINDS THAT THE GOVERNMENT HAS ORALLY

11:04AM  23 PLACED INTO THE RECORD AN INDEPENDENT FACTUAL BASIS FOR

11:04AM  24 MR. CHI'S PLEAS OF GUILTY TO COUNTS 1 AND 2.

11:04AM  25  Q.    MR. CHI, I'M GOING TO ASK YOU, THEN, AT THIS TIME:  HOW

11:04AM  1   DO YOU WISH TO PLEAD, GUILTY OR NOT GUILTY, TO COUNT 1 OF

11:04AM  2   THE SUPERSEDING INDICTMENT, WHICH ACCUSES YOU OF KNOWINGLY

11:04AM  3   POSSESSING A DESTRUCTIVE DEVICE WHICH WAS NOT REGISTERED

11:04AM  4   TO YOU IN THE NATIONAL FIREARMS REGISTRATION AND TRANSFER

11:04AM  5   RECORD?

11:04AM  6   A.     I PLEAD GUILTY TO COUNT 1 IN VIOLATION OF--DO YOU WANT

11:04AM  7   ME TO SAY THE WHOLE THING?

11:04AM  8   Q.     IN VIOLATION OF WHAT?

11:04AM  9   A.     I WAS GOING TO SAY 26 USC, SECTION--I WAS GOING TO READ

11:05AM  10  THE WHOLE THING.  DO I NEED TO DO THAT?

11:05AM  11  Q.     OKAY.  WELL, YOU CERTAINLY CAN.

11:05AM  12  A.     OKAY.  I PLEAD GUILTY TO COUNT 1 IN VIOLATION OF 26

11:05AM  13  USC, SECTIONS 5841, 5845, 5861(D) AND 5871.

11:05AM  14  Q.     OKAY.

11:05AM  15         I'D ALSO LIKE TO ASK YOU:  HOW DO YOU WISH TO PLEAD,

11:05AM  16  GUILTY OR NOT GUILTY, TO COUNT 2 OF THE SUPERSEDING INDICTMENT,

11:05AM  17  WHICH ACCUSES YOU OF MALICIOUSLY DAMAGING OR DESTROYING OR

11:05AM  18  ATTEMPTING TO DAMAGE AND DESTROY BY MEANS OF FIRE AND EXPLOSIVE

11:05AM  19  THE PERSONAL PROPERTY OF ATMOS' NATURAL-GAS PIPELINE, GUILTY OR

11:05AM  20  NOT GUILTY?

11:05AM  21  A.     I PLEAD GUILTY TO COUNT 2 IN VIOLATION OF 18 USC

11:05AM  22  844(I).

11:05AM  23         THE COURT:  OKAY.  ALL RIGHT.

11:05AM  24         IT'S THE FINDING OF THE COURT IN THE CASE OF THE

11:05AM  25  UNITED STATES VERSUS ANSON CHI THAT THE DEFENDANT IS FULLY

Case 4:12-cr-00155-RAS-DDB Document 46 Filed 06/12/13 Page 26 of 32 PageID #: 295
PLEA HEARING FOR ANSON CHI JUNE 3, 2013

26

11:05AM 1 COMPETENT AND CAPABLE OF ENTERING AN INFORMED PLEA, HE IS AWARE

11:05AM 2 OF THE NATURE OF THE CHARGES AND THE CONSEQUENCES OF HIS PLEAS

11:05AM 3 OF GUILTY TO THESE TWO COUNTS.  THE COURT FINDS THAT HIS PLEAS

11:06AM 4 OF GUILTY ARE MADE KNOWINGLY AND VOLUNTARILY AND ARE SUPPORTED

11:06AM 5 BY AN INDEPENDENT BASIS-IN-FACT CONTAINING EACH OF THE

11:06AM 6 ESSENTIAL ELEMENTS OF THE TWO OFFENSES.

11:06AM 7 MR. CHI, I HEREBY ACCEPT YOUR PLEAS OF GUILTY AND

11:06AM 8 FIND YOU GUILTY AS CHARGED OF COUNTS 1 AND 2 OF THE SUPERSEDING

11:06AM 9 INDICTMENT.

11:06AM 10 AS SOON AS A PRESENTENCE REPORT IS COMPLETED, THEN

11:06AM 11 I'LL SET YOUR CASE FOR SENTENCING.

11:06AM 12 THE DEFENDANT:  I UNDERSTAND.

11:06AM 13 THE COURT:  IS THERE ANYTHING FURTHER FROM THE

11:06AM 14 GOVERNMENT?

11:06AM 15 MR. STOVER:  THAT'S ALL WE HAVE, YOUR HONOR.  THANK

11:06AM 16 YOU.

11:06AM 17 THE COURT:  THANK YOU.

11:06AM 18 ANYTHING FURTHER, MS. BUSBEE?

11:06AM 19 MS. BUSBEE:  NO, THANK YOU, YOUR HONOR.  MAY WE BE

11:06AM 20 EXCUSED?

11:06AM 21 THE COURT:  YES.

11:06AM 22 I'LL REMAND MR. CHI BACK TO THE MARSHAL.  THANK YOU.

11:09AM 23 THERE IS PENDING DOCUMENT NUMBER 35, WHICH IS THE

11:09AM 24 GOVERNMENT'S MOTION FOR AN ORDER DESIGNATING THE CASE COMPLEX

11:10AM 25 AND CONTINUING THIS CASE FOR A TRIAL.  MR. STOVER, YOU ARE

27

11:10AM  1   ORALLY MOVING TO WITHDRAW THAT MOTION?

11:10AM  2           MR. STOVER:  YES, YOUR HONOR.  BASED ON THE

11:10AM  3   DEFENDANT'S PLEA HERE IN COURT TODAY, THE GOVERNMENT WILL

11:10AM  4   WITHDRAW THAT MOTION AT THIS TIME.

11:10AM  5           THE COURT:  OKAY.

11:10AM  6           MR. STOVER:  THANK YOU.

11:10AM  7           THE COURT:  THE GOVERNMENT'S MOTION TO WITHDRAW IS

11:10AM  8   GRANTED.

11:10AM  9           MS. BUSBEE:  THANK YOU, YOUR HONOR.

11:10AM  10           MR. STOVER:  THANK YOU.

11                           ---------

12

13              COURT REPORTER'S CERTIFICATE

14

15       I CERTIFY THAT PAGES 1 THROUGH 32 CONTAIN A CORRECT

16   TRANSCRIPT FROM THE RECORD OF PROCEEDINGS.

17       JUNE 11, 2013.

18

20              JERRY KELLEY, CRR

21              OFFICIAL COURT REPORTER

22              U.S. COURTHOUSE

23              7940 PRESTON ROAD

24              PLANO, TEXAS 75024

25              214-872-4829

# #

**#442** [1] - 2:18

# $

**$100** [2] - 8:10, 9:12
**$200** [1] - 10:17
**$250,000** [2] - 7:24, 9:9
**$50,000** [2] - 13:5

# 0

**000** [3] - 1:13, 1:15, 27:15

# 1

**1** [22] - 1:13, 5:1, 5:14, 5:18, 5:19, 6:7, 7:7, 7:22, 8:15, 9:13, 10:8, 19:1, 20:3, 22:23, 24:24, 25:1, 25:6, 25:12, 26:8, 27:15
**10** [3] - 7:23, 17:5, 17:10
**101** [1] - 2:7
**10:30** [2] - 1:7, 2:1
**11** [2] - 14:22, 27:17
**11(C)(1)(C** [7] - 7:3, 10:6, 10:16, 10:20, 11:2, 11:6, 18:19
**12** [1] - 24:9
**14TH** [1] - 5:2
**18** [1] - 25:21
**18TH** [6] - 5:8, 6:2, 19:8, 19:13, 20:20, 22:5

# 2

**2** [16] - 5:17, 5:19, 5:22, 6:3, 6:8, 9:8, 9:17, 10:10, 17:13, 19:11, 21:3, 22:25, 24:24, 25:16, 25:21, 26:8
**20** [4] - 9:9, 10:10, 17:5, 17:10
**2012** [7] - 5:8, 6:2, 19:8, 19:13, 22:7, 22:8
**2013** [7] - 1:7, 2:2, 5:2, 6:21, 20:20, 22:5, 27:17
**20130603S** [1] - 2:1
**214-570-4944** [1] - 2:20

**214-754-9090** [1] - 2:14
**214-872-4829** [1] - 27:25
**22** [1] - 10:13
**26** [2] - 25:9, 25:12

# 3

**3** [5] - 1:7, 2:2, 5:17, 6:8, 12:14
**312** [1] - 2:12
**34** [3] - 4:7, 4:8
**35** [1] - 26:23
**3RD** [1] - 6:20

# 4

**4** [1] - 10:5
**40** [1] - 17:10
**4:12CR155** [2] - 1:6, 3:2

# 5

**5** [3] - 10:19, 11:10, 17:10
**500** [1] - 2:7
**5841** [1] - 25:13
**5845** [1] - 25:13
**5861(D** [1] - 25:13
**5871** [1] - 25:13

# 6

**6** [1] - 11:18

# 7

**7** [1] - 12:11
**703** [1] - 2:12
**75024** [1] - 27:24
**75074** [1] - 2:8
**75080** [1] - 2:19
**75202** [1] - 2:13
**7940** [1] - 27:23

# 8

**8** [1] - 12:17
**811** [1] - 2:18
**844(I** [1] - 22:25
**844(I)** [1] - 25:22

# 9

**972-509-1201** [1] - 2:9

# A

**ABILITY** [8] - 13:3, 13:4, 13:13, 13:24, 14:2, 14:4, 24:11, 24:12
**ABLE** [2] - 8:22, 8:24
**ACCEPT** [4] - 10:22, 10:25, 11:5, 26:7
**ACCUSED** [4] - 5:3, 5:14, 6:3, 6:18
**ACCUSES** [3] - 5:22, 25:2, 25:17
**ACT** [1] - 23:8
**ACTED** [1] - 23:19
**ACTIVITIES** [1] - 11:21
**ACTIVITY** [2] - 19:21, 24:6
**ACTS** [1] - 23:21
**ADD** [1] - 8:25
**ADDICTION** [1] - 4:10
**ADDITION** [2] - 18:6, 18:10
**ADDITIONAL** [1] - 8:25
**ADDRESS** [3] - 8:16, 8:25, 15:1
**ADMINISTRATIVE** [1] - 17:15
**ADMITTED** [1] - 11:15
**ADVICE** [2] - 6:16, 15:16
**ADVISE** [1] - 8:21
**AFFECTED** [1] - 24:12
**AFFECTING** [4] - 6:1, 19:21, 23:4, 24:7
**AFFECTS** [2] - 14:19, 24:11
**AGE** [1] - 4:6
**AGENCY** [2] - 14:24, 15:7
**AGENTS** [2] - 22:18
**AGO** [1] - 8:3
**AGREE** [2] - 7:4, 8:25
**AGREED** [5] - 11:12, 11:18, 12:1, 18:7, 18:11
**AGREEMENT** [38] - 3:5, 5:17, 6:8, 6:20, 6:21, 6:23, 7:1, 7:5, 8:19, 10:5, 10:7, 10:13, 10:15, 10:16, 10:19, 10:20, 10:23, 11:2, 11:6, 11:16, 11:24, 11:25, 12:18, 12:19, 12:24, 13:6, 13:14, 14:15, 15:6, 15:19, 15:24, 16:2, 16:6, 16:8, 16:13,

18:7, 18:11, 18:19
**AIDED** [1] - 1:25
**ALCOHOLIC** [1] - 4:16
**ALLEGED** [2] - 5:7, 19:7
**ALLEGEDLY** [1] - 6:12
**ALLOWS** [1] - 7:3
**AMERICA** [1] - 1:6
**AMOUNT** [1] - 7:23
**ANALYZED** [1] - 21:7
**ANDREW** [2] - 2:5, 3:3
**ANSON** [5] - 1:8, 3:2, 3:4, 3:17, 25:25
**ANSWER** [2] - 3:19, 9:23
**ANSWERS** [1] - 3:20
**APPEAL** [3] - 14:15, 14:17, 14:20
**APPEARANCE** [1] - 7:13
**APPEARANCES** [1] - 2:4
**APPLY** [1] - 18:21
**APPRECIATE** [1] - 9:23
**APPROPRIATE** [1] - 13:10
**ARRESTED** [1] - 18:15
**ASPECTS** [1] - 15:13
**ASSEMBLE** [1] - 21:22
**ASSEMBLED** [6] - 5:12, 19:5, 20:7, 20:16, 21:6, 21:18
**ASSESSMENT** [2] - 8:9, 9:12
**ASSESSMENTS** [1] - 10:17
**ASSIST** [1] - 12:7
**ASSISTANCE** [1] - 14:19
**ASSISTANT** [1] - 2:6
**ASSUME** [2] - 8:1, 12:13
**ASSUMING** [1] - 19:17
**ATF** [1] - 22:18
**ATMOS** [8] - 5:25, 8:22, 9:6, 19:16, 19:17, 23:15, 24:5, 24:8
**ATMOS'** [1] - 25:19
**ATTACH** [1] - 23:22
**ATTACHED** [1] - 23:14
**ATTEMPT** [1] - 23:1
**ATTEMPTED** [4] - 14:9, 19:14, 23:11, 24:6
**ATTEMPTING** [2] - 5:23, 25:18

**ATTORNEY** [3] - 2:6, 2:11, 2:17
**ATTORNEY'S** [2] - 10:6, 15:20
**ATTORNEYS** [1] - 6:12
**AUTHORITY** [1] - 15:22
**AVAILABLE** [2] - 13:17, 22:9
**AWARE** [1] - 26:1

# B

**BACHELOR** [1] - 4:1
**BACHELOR'S** [1] - 4:1
**BANK** [1] - 17:5
**BASED** [3] - 17:2, 17:7, 27:2
**BASIS** [3] - 20:1, 24:23, 26:5
**BASIS-IN-FACT** [1] - 26:5
**BEGIN** [1] - 13:19
**BEST** [6] - 13:3, 13:4, 13:13, 13:24, 14:2, 14:3
**BETWEEN** [3] - 9:5, 15:3, 15:19
**BEVERAGE** [1] - 4:16
**BEYOND** [2] - 7:10, 20:12
**BOULEVARD** [1] - 2:7
**BRIEFLY** [1] - 8:16
**BROOK** [2] - 2:10, 3:4
**BUILDING** [1] - 23:2
**BUREAU** [1] - 17:16
**BUSBEE** [8] - 2:10, 3:4, 4:24, 12:7, 12:9, 26:18, 26:19, 27:9
**BUSINESS** [2] - 24:9, 24:13

# C

**CAPABLE** [1] - 26:1
**CARE** [1] - 4:12
**CASE** [23] - 1:6, 3:1, 3:10, 4:18, 6:13, 7:10, 7:19, 8:24, 11:12, 13:9, 14:16, 14:25, 15:9, 15:13, 18:22, 18:25, 21:19, 23:12, 25:24, 26:11, 26:24, 26:25
**CATEGORY** [1] - 16:22
**CAUSED** [1] - 11:14
**CENTRAL** [1] - 2:18

Case 4:12-cr-00155-RAS-DDB   Document 46   Filed 06/12/13   Page 29 of 32 PageID #: 298
**PLEA HEARING FOR ANSON CHI JUNE 3, 2013**

29

CERTAIN [1] - 20:4
CERTAINLY [1] - 25:11
CERTIFICATE [1] - 27:13
CERTIFY [1] - 27:15
CHANGED [1] - 8:3
CHARACTERISTICS [1] - 21:15
CHARGED [2] - 11:15, 26:8
CHARGES [4] - 6:12, 12:13, 22:25, 26:2
CHECKED [1] - 22:18
CHEMICAL [1] - 23:15
CHEMICALS [13] - 5:10, 19:4, 20:6, 20:15, 21:4, 21:7, 21:8, 21:9, 21:10, 21:12, 21:17, 21:24, 23:14
CHI [21] - 1:8, 3:2, 3:4, 3:7, 3:8, 3:16, 3:17, 4:22, 5:1, 6:13, 8:21, 8:24, 12:7, 20:3, 22:23, 24:14, 24:25, 25:25, 26:7, 26:22
CHI'S [2] - 22:19, 24:24
CHOOSE [1] - 7:15
CITY [3] - 20:20, 20:24, 23:24
CIVIL [2] - 15:25, 17:23
CLAIM [1] - 14:18
CLASSIFICATION [1] - 16:21
CLASSIFICATIONS [1] - 16:25
CLASSIFIED [1] - 17:4
CLERK [1] - 3:9
COLLEGE [1] - 4:3
COLLIN [2] - 20:20, 20:24
COMBINATION [7] - 5:11, 19:4, 20:6, 20:15, 21:5, 21:8, 21:17
COMBINE [1] - 21:11
COMMERCE [8] - 6:1, 6:2, 19:20, 19:21, 23:4, 23:5, 24:7, 24:13
COMMUNITY [2] - 8:12, 9:15
COMPANY [1] - 19:16
COMPEL [1] - 7:13
COMPETENT [1] - 26:1
COMPLETE [1] -

11:19
COMPLETED [1] - 26:10
COMPLETELY [1] - 6:15
COMPLEX [1] - 26:24
COMPUTER [1] - 1:25
COMPUTER-AIDED - 1:25
COMPUTERIZED [1] - 1:24
CONCERNING [1] - 11:20
CONCORDANCE [1] - 1:15
CONCURRENT [1] - 9:19
CONCURRENTLY [1] - 9:22
CONDITION [2] - 22:4, 22:10
CONDITIONS [1] - 18:14
CONDUCT [1] - 11:14
CONFIRM [1] - 24:9
CONFRONT [1] - 7:11
CONSECUTIVE [1] - 10:12
CONSECUTIVELY [3] - 9:20, 9:24, 10:1
CONSEQUENCES [1] - 26:2
CONSULT [1] - 16:13
CONTACTED [1] - 24:8
CONTAIN [1] - 27:15
CONTAINED [1] - 16:6
CONTAINING [1] - 26:5
CONTINUING [1] - 26:25
CONVERTING [6] - 5:11, 19:5, 20:7, 20:16, 21:5, 21:18
CONVICTION [3] - 11:13, 14:16, 17:22
COOPERATE [1] - 11:8
COPIES [1] - 21:21
COPY [5] - 4:18, 4:21, 4:24, 13:8, 13:9
CORRECT [14] - 4:1, 4:4, 5:18, 6:10, 8:5, 15:17, 19:18, 21:13, 22:8, 22:23, 23:17, 24:2, 24:17, 27:15
COST [1] - 8:23
COSTS [2] - 8:13, 9:15
COUNSEL [10] - 3:4, 3:6, 6:15, 7:9, 8:24,

14:19, 15:1, 15:4, 15:16
COUNT [31] - 5:1, 5:14, 5:18, 5:19, 5:22, 6:3, 6:8, 7:22, 8:15, 9:8, 9:12, 9:13, 9:17, 10:8, 10:10, 10:12, 12:13, 17:13, 18:10, 19:1, 19:11, 20:3, 21:3, 22:23, 22:25, 25:1, 25:6, 25:12, 25:16, 25:21
COUNTS [5] - 5:17, 6:7, 24:24, 26:3, 26:8
COUNTY [2] - 20:20, 20:24
COURT [48] - 1:1, 2:1, 3:1, 3:5, 3:9, 3:13, 3:15, 4:22, 4:23, 4:25, 5:21, 6:6, 6:11, 7:2, 8:7, 8:16, 9:1, 9:4, 10:19, 10:22, 10:25, 11:2, 11:5, 12:6, 12:10, 12:11, 13:5, 14:17, 15:2, 15:5, 16:9, 17:8, 19:24, 20:3, 20:11, 24:21, 24:22, 25:23, 25:24, 26:3, 26:13, 26:17, 26:21, 27:3, 27:5, 27:7, 27:13, 27:21
COURT'S [1] - 8:20
COURTHOUSE [1] - 27:22
CREATED [1] - 21:9
CREATING [1] - 21:24
CRIME [4] - 8:11, 9:14, 20:8, 23:1
CRIMES [1] - 11:15
CRIMINAL [2] - 7:3, 11:21
CROSS [1] - 7:11
CROSS-EXAMINE [1] - 7:11
CRR [1] - 27:20
CUSTODY [1] - 13:11

**D**

DALLAS [1] - 2:13
DAMAGE [12] - 5:23, 8:23, 9:6, 19:14, 23:2, 23:9, 23:11, 23:16, 23:20, 23:24, 24:6, 25:18
DAMAGED [1] - 19:14
DAMAGING [2] - 5:22, 25:17

DATED [1] - 6:20
DECISION [2] - 9:1, 11:1
DECLINE [1] - 10:22
DEFENDANT [11] - 2:10, 3:12, 9:3, 15:3, 21:15, 22:14, 23:10, 23:19, 24:6, 25:25, 26:12
DEFENDANT'S [1] - 27:3
DEFENSE [1] - 3:3
DEFINED [1] - 20:14
DEFINITION [2] - 20:18, 23:7
DEGREE [2] - 4:2, 4:3
DELIBERATE [1] - 23:20
DEPARTMENT [2] - 14:23, 15:7
DEPUTY [1] - 3:9
DESCRIBED [2] - 5:9, 23:11
DESIGNATE [1] - 17:18
DESIGNATED [2] - 13:12, 13:17
DESIGNATING [1] - 26:24
DESTROY [6] - 5:23, 19:15, 23:1, 23:11, 24:6, 25:18
DESTROYED [1] - 19:14
DESTROYING [2] - 5:23, 25:17
DESTRUCTIVE [6] - 5:9, 19:3, 20:5, 21:4, 21:16, 25:3
DETONATE [1] - 23:23
DEVICE [17] - 5:10, 19:3, 19:5, 20:14, 20:22, 20:23, 21:4, 21:9, 21:13, 21:16, 21:23, 21:25, 22:6, 22:9, 22:14, 23:14, 25:3
DEVICES [1] - 20:5
DIFFERENT [1] - 17:7
DISCUSS [2] - 6:23, 8:18
DISCUSSED [2] - 6:12, 18:20
DISCUSSION [1] - 15:3
DISMISS [2] - 6:8, 12:12
DISREGARD [2] - 23:9, 23:20

DISRUPT [1] - 23:25
DISRUPTION [1] - 24:10
DISTRICT [8] - 1:1, 1:2, 1:17, 2:2, 5:8, 15:20, 19:13, 20:21
DIVISION [1] - 1:3
DOCTOR [1] - 4:12
DOCUMENT [1] - 26:23
DOCUMENTS [2] - 21:21, 21:24
DONE [1] - 23:8
DOUBT [2] - 7:11, 20:12
DRUG [2] - 4:15, 17:9
DRUGS [1] - 4:10

**E**

EARLY [1] - 18:2
EARNINGS [1] - 13:19
EAST [1] - 2:7
EASTERN [3] - 1:2, 5:8, 15:20, 19:13, 20:21
EITHER [4] - 8:25, 13:24, 16:23, 21:21
ELEMENT [8] - 20:10, 20:12, 20:13, 20:17, 22:13, 23:10, 23:22, 24:4
ELEMENTS [3] - 20:9, 23:5, 26:6
ENERGY [2] - 19:17, 24:8
ENERGY'S [1] - 9:6
ENTERING [2] - 7:2, 26:1
ENTIRE [1] - 16:2
EQUIPMENT [1] - 9:6
ESSENTIAL [1] - 26:6
ESTABLISH [1] - 23:6
EVIDENCE [3] - 8:23, 20:19, 21:20
EXAMINE [1] - 7:11
EXAMPLE [2] - 13:4, 17:9
EXCEED [4] - 7:23, 7:24, 9:9
EXCEEDS [1] - 14:18
EXCEPT [1] - 14:16
EXCUSED [1] - 26:20
EXPLAIN [1] - 20:11
EXPLANATION [1] - 14:5
EXPLODED [1] - 20:24
EXPLOSIVE [18] - 5:12, 5:24, 19:5,

19:15, 20:8, 20:16, 20:22, 21:6, 21:9, 21:11, 21:13, 21:22, 21:25, 22:13, 23:2, 23:13, 23:23, 25:18
EXPLOSIVES [2] - 21:19, 23:12
EXPRESSWAY [1] - 2:18
EXTRA [1] - 4:21

**F**

F1 [1] - 16:21
F2 [1] - 16:21
F3 [1] - 16:21
FACILITIES [1] - 9:6
FACILITY [1] - 13:12
FACT [10] - 20:21, 20:22, 21:23, 22:5, 22:8, 23:13, 23:16, 23:22, 23:23, 26:5
FACTS [4] - 20:11, 22:22, 24:15
FACTUAL [4] - 11:16, 15:13, 20:1, 24:23
FALSE [1] - 3:21
FALSELY [1] - 3:19
FAR [2] - 3:23, 16:23
FBI [2] - 22:18, 24:8
FEBRUARY [1] - 5:2
FEDERAL [3] - 7:2, 16:23, 18:3
FELONIES [1] - 17:3
FELONY [3] - 16:18, 16:24, 17:21
FEW [1] - 16:11
FIFTH [1] - 22:13
FILED [1] - 5:2
FILLING [1] - 12:7
FINALLY [1] - 24:4
FINANCIAL [2] - 12:1, 13:15
FINE [1] - 9:9
FINED [1] - 7:23
FIRE [4] - 5:24, 19:15, 23:2, 25:18
FIREARM [10] - 5:3, 5:9, 17:25, 20:14, 20:17, 21:3, 21:16, 22:3, 22:13, 22:16
FIREARMS [6] - 5:4, 5:13, 19:6, 20:5, 22:15, 25:4
FIRST [4] - 20:13, 20:17, 23:7, 23:10
FIVE [2] - 17:4, 20:9
FLOW [1] - 24:1
FOLLOWING [1] - 20:9

FORCE [1] - 14:9
FOREIGN [7] - 5:25, 6:1, 19:20, 19:21, 23:4, 23:5, 24:7
FORFEIT [2] - 8:11, 9:13
FOURTH [1] - 22:3
FRAUD [1] - 17:5
FREE [1] - 12:18
FREELY [1] - 14:7
FULL [3] - 3:16, 3:17, 18:15
FULLY [2] - 15:16, 25:25

**G**

GAS [9] - 5:25, 19:19, 23:11, 23:15, 23:23, 24:1, 24:5, 24:11, 25:19
GIVEN [3] - 3:5, 6:16, 15:17
GOD [1] - 3:11
GOVERNMENT [28] - 2:5, 3:3, 3:6, 7:4, 7:10, 8:10, 10:14, 11:19, 12:2, 12:12, 12:18, 13:1, 16:5, 19:2, 19:9, 19:12, 19:22, 20:4, 20:19, 21:19, 22:4, 22:17, 23:13, 23:21, 24:7, 24:22, 26:14, 27:3
GOVERNMENT'S [4] - 6:8, 7:12, 26:24, 27:7
GRADUATE [2] - 3:24, 3:25
GRANTED [1] - 27:8
GREAT [1] - 4:23
GUIDELINES [1] - 18:21
GUILTY [29] - 6:7, 7:17, 11:1, 11:7, 14:7, 14:10, 14:12, 16:12, 16:18, 17:21, 17:22, 20:8, 20:12, 24:24, 25:1, 25:6, 25:12, 25:16, 25:19, 25:20, 25:21, 26:3, 26:4, 26:7, 26:8

**H**

HAND [1] - 3:8
HARD [1] - 21:21
HEARD [2] - 22:22, 24:14
HEARING [3] - 1:11,

3:10, 8:17
HELP [1] - 3:11
HEREBY [1] - 26:7
HIMSELF [1] - 3:7
HOLD [1] - 17:24
HONOR [15] - 3:14, 4:20, 4:24, 5:20, 6:10, 8:5, 8:21, 12:9, 17:1, 20:2, 24:19, 26:15, 26:19, 27:2, 27:9
HONORABLE [1] - 1:17

**I**

IDENTIFIERS [1] - 22:20
IGNITE [3] - 22:5, 22:8, 23:16
ILLEGALLY [1] - 20:4
ILLNESS [2] - 4:10, 4:13
IMPORTANT [1] - 18:20
IMPOSE [1] - 14:18
IMPOSED [1] - 9:16
IMPRISONMENT [6] - 7:22, 9:8, 10:7, 10:10, 10:11, 10:13
INCARCERATION [2] - 8:14, 9:16
INCLUDE [1] - 11:13
INCLUDING [1] - 17:24
INDEPENDENT [3] - 19:25, 24:23, 26:5
INDICTMENT [18] - 4:18, 4:21, 4:22, 5:2, 5:15, 5:20, 6:4, 7:22, 8:15, 10:9, 10:11, 12:14, 19:1, 19:11, 23:12, 25:2, 25:16, 26:9
INDIGENT [4] - 8:17, 12:23, 13:2, 14:4
INEFFECTIVE [1] - 14:19
INFLUENCE [1] - 4:15
INFORMATION [1] - 11:19
INFORMED [1] - 26:1
INFORMS [4] - 7:2, 12:11, 12:17
INGREDIENTS [1] - 21:22
INJURY [2] - 23:9, 23:20
INMATE [1] - 13:15
INSTANCE [1] - 17:5

INSTITUTION [1] - 13:17
INTENDED [7] - 5:11, 19:4, 20:7, 20:16, 21:5, 21:18, 23:24
INTENT [2] - 23:16, 23:25
INTENTIONALLY [2] - 23:8, 23:19
INTERSTATE [9] - 5:25, 6:1, 19:20, 19:21, 21:21, 23:4, 24:7, 24:13
INVESTIGATED [1] - 24:8
INVESTIGATION [2] - 14:24, 15:8
ISSUE [1] - 9:19

**J**

JAIL [2] - 12:4, 17:6
JERRY [1] - 27:20
JOB [1] - 13:23
JUDGE [2] - 1:17, 2:2
JUNE [10] - 1:7, 2:2, 5:8, 6:2, 6:20, 19:8, 19:12, 20:19, 22:5, 27:17
JURY [3] - 7:8, 17:24, 19:9

**K**

KELLEY [1] - 27:20
KIND [1] - 4:13
KINDS [1] - 20:5
KNOWINGLY [6] - 5:9, 19:2, 20:13, 20:17, 25:2, 26:4
KNOWLEDGE [2] - 11:21, 12:20
KNOWN [1] - 21:9

**L**

LAW [3] - 2:11, 2:17, 16:23
LAWYERS [4] - 6:24, 15:14, 16:14, 18:22
LEGAL [1] - 15:13
LESS [2] - 8:1, 9:11
LEVEL [2] - 17:2, 17:14
LEVELS [1] - 17:7
LIABILITY [1] - 15:25
LIFE [1] - 17:10
LIKELIHOOD [2] - 23:9, 23:20
LIMITED [1] - 11:13

LINE [1] - 23:23
LINES [1] - 9:5
LOSE [1] - 17:23
LOSSES [2] - 11:14, 11:15

**M**

MALICIOUSLY [6] - 5:22, 19:14, 23:1, 23:8, 23:10, 25:17
MANDATORY [3] - 8:9, 10:17, 17:6
MANUFACTURE [1] - 21:11
MANUFACTURED [6] - 5:10, 19:3, 20:6, 20:14, 21:4, 21:17
MARSHAL [1] - 26:22
MATTER [2] - 8:18, 22:16
MAXIMUM [4] - 14:18, 17:13, 17:14, 17:15
MAXIMUM-SECURITY [2] - 17:14, 17:15
MCKINNEY [1] - 2:12
MEAN [1] - 12:25
MEANING [1] - 17:14
MEANS [5] - 5:23, 5:24, 19:15, 23:12, 25:18
MEDICATION [1] - 4:16
MENTAL [2] - 4:9, 4:13
METHYL [4] - 21:9, 21:12, 21:23, 23:14
MIGHT [1] - 14:17
MINUTES [1] - 16:11
MONDAY [1] - 2:1
MOTION [4] - 26:24, 27:1, 27:4, 27:7
MOVING [1] - 27:1

**N**

NAME [4] - 3:16, 3:17, 19:16, 22:19
NAMELY [1] - 5:24
NARCOTIC [1] - 4:10
NATIONAL [5] - 5:4, 5:13, 19:6, 22:14, 25:4
NATURAL [9] - 5:25, 19:19, 23:11, 23:15, 23:23, 24:1, 24:5, 24:11, 25:19
NATURAL-GAS [8] - 5:25, 19:19, 23:11,

Case 4:12-cr-00155-RAS-DDB   Document 46   Filed 06/12/13   Page 31 of 32 PageID #:  300
**PLEA HEARING FOR ANSON CHI JUNE 3, 2013**

31

23:15, 23:23, 24:5, 24:11, 25:19
**NATURE** [1] - 26:2
**NECESSARY** [2] - 21:11, 21:22
**NEED** [3] - 13:19, 16:13, 25:10
**NEEDS** [1] - 4:22
**NEXT** [1] - 3:1
**NITRATE** [4] - 21:10, 21:12, 21:23, 23:14
**NOTES** [1] - 2:1
**NOTHING** [2] - 3:11, 15:24
**NUMBER** [3] - 3:2, 22:20, 26:23

**O**

**OATH** [2] - 3:18, 12:2
**OBLIGATIONS** [1] - 12:19
**OBTAINED** [1] - 21:10
**OCCURRED** [2] - 6:2, 19:8
**OFF-THE-RECORD** [1] - 15:3
**OFFENSE** [5] - 5:3, 11:13, 11:21, 17:9, 17:11
**OFFENSES** [7] - 12:20, 16:17, 16:18, 17:10, 17:21, 17:22, 26:6
**OFFER** [7] - 13:1, 20:11, 20:19, 21:19, 22:4, 23:13, 23:21
**OFFICE** [4] - 10:6, 12:2, 15:20, 17:24
**OFFICIAL** [1] - 27:21
**OLD** [1] - 4:8
**ONCE** [1] - 13:7
**ONE** [11] - 4:22, 8:1, 8:4, 8:8, 9:11, 9:18, 12:22, 16:22, 17:7, 18:6, 18:10
**OPERATING** [2] - 22:4, 22:10
**OPTION** [2] - 13:16, 13:18
**ORALLY** [2] - 24:22, 27:1
**ORDER** [3] - 13:10, 23:6, 26:24
**ORDERED** [3] - 10:18, 11:11, 12:23
**ORDERS** [1] - 13:5
**OWN** [3] - 7:12, 8:13, 17:6
**OWNED** [1] - 23:15

**P**

**PAGE** [1] - 1:15
**PAGES** [2] - 1:13, 27:15
**PAPERS** [1] - 15:7
**PARAGRAPH** [8] - 7:7, 10:5, 10:19, 11:10, 11:18, 12:11, 12:17, 14:22
**PARK** [1] - 2:7
**PAROLE** [1] - 18:2
**PART** [2] - 10:20, 12:24
**PARTICIPATE** [1] - 13:15
**PARTICIPATION** [1] - 11:20
**PARTICULAR** [2] - 7:4, 23:22
**PARTS** [6] - 5:11, 19:4, 20:7, 20:16, 21:5, 21:18
**PAY** [14] - 8:9, 8:12, 8:13, 9:11, 9:14, 10:17, 10:18, 11:11, 12:23, 12:25, 13:3, 13:5, 13:13, 14:2
**PAYING** [3] - 13:19, 13:20, 13:23
**PENDING** [1] - 26:23
**PERIOD** [3] - 9:9, 10:8, 10:10
**PERJURY** [1] - 3:21
**PERSONAL** [6] - 5:24, 12:1, 19:15, 19:19, 23:3, 25:19
**PERSONALLY** [1] - 12:4
**PERSONS** [1] - 11:22
**PERTAINING** [2] - 14:24, 15:8
**PETER** [2] - 2:16, 3:4
**PIPE** [1] - 23:25
**PIPELINE** [11] - 5:25, 19:20, 23:11, 23:15, 23:16, 24:1, 24:5, 24:10, 24:12, 25:19
**PLACED** [1] - 24:23
**PLANO** [7] - 1:8, 2:2, 2:8, 20:20, 20:24, 23:24, 27:24
**PLEA** [33] - 1:11, 3:5, 6:20, 6:21, 6:23, 7:1, 7:2, 8:19, 10:19, 10:20, 10:23, 10:25, 11:2, 11:6, 12:18, 12:19, 12:24, 13:1, 13:6, 13:14, 15:19, 15:24, 16:2, 16:6,

16:8, 16:13, 18:7, 18:11, 18:19, 20:1, 26:1, 27:3
**PLEAD** [9] - 5:18, 7:17, 14:10, 16:12, 25:1, 25:6, 25:12, 25:15, 25:21
**PLEADING** [5] - 4:20, 14:7, 14:12, 16:18, 17:21
**PLEAS** [6] - 6:7, 17:22, 24:24, 26:2, 26:3, 26:7
**POINT** [2] - 13:9, 17:20
**POINTED** [1] - 20:3
**POSSESS** [2] - 17:25, 20:22
**POSSESSED** [5] - 5:9, 19:3, 20:4, 20:13, 20:17
**POSSESSING** [1] - 25:3
**POSSESSION** [1] - 5:3
**POST** [2] - 3:24, 3:25
**POST-GRADUATE** [2] - 3:24, 3:25
**PRESENT** [4] - 7:12, 8:23, 19:25, 22:20
**PRESENTENCE** [3] - 11:2, 13:8, 26:10
**PRESIDING** [2] - 1:17, 2:3
**PRESTON** [1] - 27:23
**PRISON** [14] - 10:1, 13:12, 13:14, 13:18, 13:21, 13:22, 13:24, 14:2, 17:15, 18:3, 18:6, 18:11, 18:15
**PRISONS** [1] - 17:16
**PROBATION** [1] - 12:2
**PROCEDURE** [1] - 7:3
**PROCEEDINGS** [2] - 1:24, 27:16
**PRODUCED** [1] - 1:25
**PROFFER** [2] - 22:18, 24:8
**PROGRAM** [1] - 13:16
**PROMISES** [1] - 16:4
**PROMPTLY** [1] - 12:3
**PROPERTY** [8] - 5:24, 8:11, 9:13, 19:15, 19:19, 23:3, 25:19
**PROSECUTE** [1] - 12:19
**PROSECUTING** [1] - 15:22
**PROSECUTION** [4] - 3:21, 14:25, 15:9,

15:21
**PROTECT** [1] - 15:21
**PROVE** [9] - 7:10, 19:2, 19:9, 19:12, 19:22, 20:4, 20:9, 20:12, 23:6
**PROVED** [2] - 8:22, 24:5
**PROVIDE** [1] - 24:11
**PROVING** [1] - 22:9
**PSYCHOLOGICAL** [1] - 4:13
**PSYCHOLOGIST** [1] - 4:13
**PUBLIC** [1] - 17:24
**PUNISHMENT** [5] - 7:21, 8:15, 9:8, 9:17, 17:2
**PURPOSE** [2] - 21:12, 21:24
**PUT** [3] - 17:14, 22:4, 22:9

**Q**

**QUESTIONS** [4] - 3:19, 6:18, 16:8, 16:13
**QUICK** [1] - 12:22

**R**

**RAISE** [1] - 3:8
**RANGE** [4] - 7:21, 8:14, 9:8, 9:17
**RE** [1] - 18:15
**RE-ARRESTED** [1] - 18:15
**REACHED** [1] - 10:5
**READ** [2] - 6:23, 25:9
**READILY** [6] - 5:11, 19:5, 20:7, 20:16, 21:6, 21:18, 22:3, 22:9
**READING** [1] - 9:5
**REAL** [2] - 23:3
**REALLY** [1] - 8:18
**REALTIME** [1] - 1:24
**REASON** [2] - 14:13, 17:12
**REASONABLE** [2] - 7:10, 20:12
**RECEIVE** [1] - 13:7
**RECEIVED** [1] - 4:18
**RECEIVES** [1] - 13:8
**RECENTLY** [1] - 4:9
**RECOMMEND** [1] - 13:15
**RECORD** [9] - 5:5, 5:13, 15:3, 19:7,

22:15, 22:19, 24:23, 25:5, 27:16
**RECORDS** [2] - 14:23, 15:7
**REGARDS** [1] - 9:19
**REGISTERED** [7] - 5:4, 5:12, 19:6, 22:14, 22:17, 25:3
**REGISTRATION** [6] - 5:4, 5:13, 19:7, 22:15, 22:19, 25:4
**REGISTRY** [1] - 22:21
**RELATED** [1] - 24:14
**RELEASE** [14] - 7:25, 8:8, 9:10, 9:19, 9:22, 10:2, 13:25, 14:1, 18:3, 18:5, 18:9, 18:14, 18:16
**RELEASED** [1] - 13:22
**RELEASES** [1] - 15:25
**RELYING** [1] - 16:5
**REMAINING** [1] - 12:13
**REMAND** [1] - 26:22
**REMANDED** [1] - 13:11
**REPEAT** [1] - 18:8
**REPORT** [3] - 11:3, 13:8, 26:10
**REPORTED** [1] - 1:24
**REPORTER** [1] - 27:21
**REPORTER'S** [3] - 1:11, 2:1, 27:13
**REPRESENTATION** [1] - 7:8
**REPRESENTATIONS** [1] - 16:4
**REQUEST** [2] - 14:23, 15:7
**REQUESTED** [1] - 11:20
**REQUIRE** [1] - 7:9
**REQUIRED** [12] - 7:24, 8:9, 8:10, 8:12, 8:13, 9:11, 9:13, 9:14, 12:25, 19:2, 19:9, 19:12
**RESEARCHED** [1] - 21:20
**RESERVING** [1] - 14:17
**RESPONSIBILITY** [1] - 13:16
**RESTITUTION** [18] - 8:12, 8:17, 8:19, 8:22, 9:2, 9:14, 10:18, 11:10, 11:11, 11:12, 11:14, 12:23, 13:10, 13:13, 13:20,

13:24

**RESULT** [3] - 17:21, 23:10, 23:21
**RESULTED** [1] - 11:15
**RETURN** [1] - 6:7
**REVIEWED** [1] - 15:13
**REVOKED** [1] - 14:1
**RICHARD** [2] - 1:17, 2:2
**RICHARDSON** [1] - 2:19
**RIGHTS** [3] - 7:15, 7:18, 17:23
**ROAD** [1] - 27:23
**RULE** [2] - 7:3, 10:6
**RUN** [2] - 9:24, 10:12
**RUNS** [2] - 9:22, 10:1

### S

**SATISFIED** [2] - 6:15, 15:16
**SCHELL** [2] - 1:17, 2:2
**SCHOOL** [2] - 3:23, 4:2
**SECOND** [1] - 23:19
**SECTION** [2] - 17:6, 25:9
**SECTIONS** [1] - 25:13
**SECURITY** [3] - 17:14, 17:15, 22:20
**SEES** [1] - 11:2
**SENT** [3] - 14:1, 17:14, 18:15
**SENTENCE** [5] - 7:4, 13:22, 14:16, 14:17, 17:13
**SENTENCED** [1] - 13:11
**SENTENCING** [9] - 8:10, 8:17, 8:22, 9:12, 10:18, 12:12, 13:9, 18:21, 26:11
**SEPARATE** [1] - 3:20
**SERVE** [5] - 7:24, 10:7, 10:9, 13:22, 17:24
**SERVICES** [1] - 24:12
**SET** [2] - 13:9, 26:11
**SHALL** [2] - 3:10
**SHERMAN** [1] - 1:3
**SIC** [3] - 20:20, 21:3, 22:5
**SIGNATURE** [1] - 6:21
**SIGNED** [3] - 3:6, 6:24, 8:19
**SIMPLY** [1] - 17:12
**SLIGHT** [1] - 9:18
**SMINU** [2] - 2:16, 3:4
**SO..** [1] - 12:5

**SOCIAL** [1] - 22:19
**SOMETIMES** [1] - 10:1
**SOON** [1] - 26:10
**SORRY** [4] - 5:21, 18:8, 18:12, 22:7
**SPECIAL** [2] - 9:12, 10:17
**SPECIFICALLY** [1] - 5:7
**STACKED** [1] - 9:20
**START** [1] - 13:23
**STATE** [1] - 3:16
**STATEMENT** [4] - 3:21, 11:16, 12:1, 21:20
**STATES** [14] - 1:1, 1:6, 3:2, 7:7, 10:5, 10:16, 11:10, 11:18, 14:24, 15:8, 24:9, 24:10, 24:11, 25:25
**STATUTE** [3] - 17:3, 20:15, 23:8
**STATUTORY** [1] - 14:18
**STENOTYPE** [1] - 1:24
**STOVER** [22] - 2:5, 3:3, 3:13, 3:14, 4:20, 5:19, 6:9, 6:10, 8:2, 8:5, 8:21, 13:8, 17:1, 19:25, 20:2, 24:19, 24:21, 26:15, 26:25, 27:2, 27:6, 27:10
**SUBMIT** [1] - 12:1
**SUBPOENA** [1] - 7:13
**SUITE** [2] - 2:7, 2:12
**SUPERSEDING** [15] - 4:21, 5:2, 5:15, 5:19, 6:4, 7:22, 8:15, 10:8, 10:11, 12:14, 19:1, 19:11, 25:2, 25:16, 26:8
**SUPERVISED** [12] - 7:25, 8:8, 9:10, 9:19, 9:22, 10:2, 13:25, 18:5, 18:9, 18:13, 18:16
**SUPERVISION** [2] - 8:14, 9:16
**SUPPORT** [1] - 20:11
**SUPPORTED** [1] - 26:4
**SWEAR** [1] - 3:9
**SYSTEM** [1] - 18:3

### T

**TECHNICALITY** [1] - 14:5
**TECHNICALLY** [1] -

13:6

**TERM** [9] - 7:23, 7:25, 8:8, 9:10, 10:7, 10:9, 10:12, 12:18, 18:15
**TERMS** [3] - 10:11, 18:5, 18:9
**TESTIFY** [2] - 7:14, 7:15
**TESTIMONY** [3] - 3:9, 8:25, 11:20
**TEXAS** [13] - 1:2, 1:8, 2:2, 2:8, 2:13, 2:19, 5:8, 15:21, 16:21, 19:13, 20:21, 27:24
**THEREFORE** [1] - 24:12
**THIRD** [2] - 21:15, 24:4
**THOROUGHLY** [1] - 15:12
**THREATEN** [1] - 14:9
**THREE** [9] - 7:25, 8:3, 8:4, 8:8, 9:10, 9:20, 18:6, 18:10, 23:5
**TODAY** [4] - 4:15, 6:20, 11:1, 27:3
**TOTAL** [1] - 10:12
**TOTALING** [1] - 10:17
**TRACEABLE** [2] - 8:11, 9:14
**TRANSACT** [1] - 24:13
**TRANSCRIPT** [3] - 1:11, 1:25, 27:16
**TRANSCRIPTION** [1] - 1:25
**TRANSFER** [6] - 5:4, 5:13, 19:7, 22:15, 22:19, 25:4
**TREATED** [1] - 4:9
**TRIAL** [8] - 7:8, 7:9, 7:14, 7:18, 19:1, 19:9, 19:22, 26:25
**TRUE** [2] - 22:22, 24:17
**TRUTH** [3] - 3:10, 3:11
**TRUTHFUL** [1] - 11:19
**TWO** [5] - 8:3, 10:8, 17:21, 26:3, 26:6
**TYPE** [2] - 17:9, 17:11

### U

**U.S** [8] - 1:17, 2:2, 2:6, 10:6, 12:2, 15:20, 18:20, 27:22
**UNDER** [14] - 3:18, 4:12, 4:15, 7:2, 10:6, 10:19, 12:2, 12:19, 13:14, 14:22, 16:23, 19:1, 20:18, 23:8

**UNITED** [7] - 1:1, 1:6, 3:1, 14:24, 15:8, 24:10, 25:25
**UNREGISTERED** [1] - 20:5
**UNUSUAL** [1] - 9:24
**UP** [7] - 7:18, 8:18, 8:22, 14:15, 14:22, 15:6, 17:16
**USC** [3] - 25:9, 25:13, 25:21

### V

**VALIDITY** [1] - 14:20
**VALUABLE** [1] - 17:23
**VARIES** [1] - 17:11
**VEHICLE** [1] - 23:2
**VERSUS** [3] - 3:2, 17:15, 25:25
**VICTIMS** [2] - 8:12, 9:15
**VIOLATE** [4] - 12:17, 13:6, 18:14
**VIOLATION** [6] - 22:25, 23:6, 25:6, 25:8, 25:12, 25:21
**VOLUME** [1] - 1:13
**VOLUNTARILY** [2] - 14:7, 26:4
**VOTE** [1] - 17:25
**VS** [1] - 1:7

### W

**WAIVER** [1] - 14:20
**WASTE** [1] - 8:20
**WHOLE** [3] - 3:11, 25:7, 25:10
**WISH** [3] - 16:12, 25:1, 25:15
**WITHDRAW** [4] - 11:6, 27:1, 27:4, 27:7
**WITHDRAWN** [1] - 13:1
**WITHHOLD** [1] - 11:1
**WITNESSES** [3] - 7:12, 7:13
**WORDS** [1] - 9:20
**WRITING** [1] - 16:6

### Y

**YEAR** [2] - 8:1, 9:11
**YEARS** [15] - 4:8, 7:23, 7:25, 8:8, 9:9, 9:10, 9:21, 10:8, 10:10, 10:13, 17:4, 17:5, 18:6, 18:10
**YOURSELF** [1] - 7:14

### Z

**ZERO** [1] - 17:10