[JUDGE'S COPY]

ANSON CHI, #312275
4300 Community Ave., 5A-DD
McKinney, TX 75071

February 5, 2014

Chief Presiding Judge
Eastern District of Texas
101 E. Pecan
Sherman, TX 75090

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
FEB 10 2014
DAVID J. MALAND, CLERK
BY
DEPUTY_____

## MOTION TO WITHDRAW GUILTY PLEA

Dear Chief Presiding Judge:

    My name is Anson Chi, defendant in Case No.: 4:12CR00155-1. The purpose of this letter is to inform you that I am being denied procedural due process of law in my criminal case. On September 26, 2013, I told one of my two criminal defense attorneys, Sminu Peter, that I wanted to withdraw my guilty plea. It's been over 4 months now and I have not heard from him at all. In fact, I have written letters to both of my attorneys and still have not received a response from either of them.

    Next, I wrote to the judge assigned to my case, Judge Richard A. Schell, last month. He has not responded to my request to withdraw my guilty plea.

    Because I am represented by counsel, I cannot file my own motions, specifically a Motion to Withdraw

1

JUDGE'S COPY

Plea of Guilty. (See U.S. v. Hirschfeld, 911 F.Supp. 200, 201 (E.D. Va. 1995)("...[A] person can either proceed pro se or represented by an attorney, but not by both methods — a 'hybrid' representation — simultaneously.").) Therefore, please assist me with the withdrawal of my guilty plea by contacting Judge Richard A. Schell in regards to this matter. I would like a hearing scheduled so I can argue my valid grounds for the withdrawal of my plea of guilty.

    I appreciate your help and thank you very much for your time. Have a nice day.

Sincerely,

*[signature]*

Anson Chi
Defendant

Postscript: A copy of this letter has been mailed to Judge Richard A. Schell, 7940 Preston Road, Plano, Texas, 75024.

ANSON CHI, #312275
4300 Community Ave., 5A-DD
McKinney, TX 75071

[JUDGE'S COPY]

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CASE NO. 4:12CR00155-1 |
| VS. | § | |
| ANSON CHI | § | PROOF OF SERVICE BY MAIL |

ANSON CHI, the undersigned, declares:

I am a citizen of the United States of America. I am over the age of 18 years. On February 5, 2014, I served the within letter requesting to withdraw my plea of guilty, on the following interested parties by mailing, with postage thereon fully prepaid, a true copy thereof to:

Chief Presiding Judge
101 E. Pecan
Sherman, TX 75090

Judge Richard A. Schell
7940 Preston Road
Plano, TX 75024

I declare under penalty of perjury that the foregoing is true and correct. Executed at McKinney, Texas, on the 5th day of February 2014.

ANSON CHI