| | | | |
|---|---|---|---|
| DATE | 5/29/14 | CASE NUMBER | 4:12cr155  RAS/DDB |
| LOCATION | Plano | USA | Andrew Stover  Assigned |
| JUDGE | Don D Bush | VS | Andrew Stover  Appeared |
| DEPUTY CLERK: Toya McEwen | | ANSON CHI | |
| COURT REPORTER: Digital Recording | | Defendant | |
| INTERPRETER: Not required | | Anson Chi, Pro Se with Garland Cardwell as stand-by Attorney | |
| USPO: | | | |
| BEGIN | 11:33 am | | |

## ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT
### AND
### HEARING ON MOTION TO SUPPRESS STATEMENTS (DE # 94) and MOTION COMPELLING DISCOVERY (DE #103)

- ☐ Interpreter Sworn    ☐ Initial Appearance and Detention held in _____
- ☐ Arraignment held    ☐ Arraignment called.    ☐ Arraignment reset: _____
- ☑ Dft appears: ☐ with ☐ without counsel ☑ PRO SE with stand-by counsel Garland ☐ Counsel appears on behalf of deft
- ☐ Dft. request court-appointed counsel _____
- ☐ Dft. has retained counsel: _____
- ☑ Dft ☑ REFUSED TO BE SWORN, Court will not allow Chi to testify without either swearing or affriming.
   ☑ received copy of charges   ☐ discussed charges with counsel   ☑ Count 4 charges read by the Court
   ☑ waived reading of charges Counts 1, 2 & 3

Dft enters a plea of: ☑ not guilty  ☐ guilty ☐ nolo ☐ guilty - lesser
to counts: ☑1 ☑2 ☑3 ☑4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 ☐11 ☐12 ☐ _____
☐ all counts ☐ indictment includes forfeiture provisions

☑ **COURT ADVISED THE CASE IS PRESENTLY SET FOR JURY TRIAL JUNE 30, 2014 before Judge Richard A Schell.**

**MOTION HEARING ON MOTION TO SUPPRESS (DE # 94) & MOTION COMPELLING DISCOVERY (DE # 103)**

☑ PROCEEDINGS HELD: 11:42 am Court took announcements, parties announced ready, Govt call Dan Wofford, sworn,

| Time | Event |
|---|---|
| 11:44 am | Direct by Dan Wofford by AUSA Stover. |
| 11:45 am | Witness identified the defendant for the record, direct continued. |
| 11:52 am | AUSA Stover offered Govt Exhibit 1, no objections, admitted by the Court, direct by AUSA Stover continued. |
| 11:59 am | AUSA Stover presented Govt Exh 3 to witness. Direct continued. |
| 12:00 pm | Questions by the Court to the witness. |
| 12:01 pm | Direct by AUSA Stover continued. |
| 12:03 pm | Govt offered Exhibits 2 and 3, no objections, admitted by the Court. |
| 12:03 pm | Govt passed the witness, Cross by Anson Chi. |
| 12:13 pm | Anson Chi presented to AUSA Stover and then presented to witness. |
| 12:14 pm | Cross by Anson Chi continued. |
| 12:15 pm | Chi offered defense Exhibit 1, no objection, D Exh 1 admitted, cross continued. |
| 12:16 pm | Question by the Court, cross continued by Chi. |
| 12:19 pm | Chi passed the witness, redirect by AUSA Stover. |
| 12:20 pm | Witness excused, no additional witnesses by Govt, no witnesses for the defense. Both sides rest. |
| 12:20 pm | Argument by AUSA Stover. |
| 12:21 pm | Defense closed, no statement by Chi. Court denied the Motion to Suppress. |
| 12:21 pm | Court addressed Motion to compel (de # 103) |
| 12:22 pm | Reply by AUSA Stover. |

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS MAY 29 2014 BY DAVID J. MALAND, CLERK DEPUTY

CRIM 92-116                                                                                                    _____ Adjourn

| Time | Event |
|---|---|
| 12:22 pm | Statement by the Court. Court denied request # 1 is denied as moot, request # 2 has been satisfied, Court addressed request # 3, reply by AUSA Stover. Statement by the Court as to request # 3. |
| 12:24 pm | Court addressed request for initial charge sheet. Discussion followed. |
| 12:25 pm | Chi advised that request is moot. Chi asked that item # 5 be considered. Court reviewed the request # 5, discussion followed by the Court. |
| 12:27 pm | Reply by Anson Chi. |
| 12:27 pm | Reply by AUSA Stover. |
| 12:28 pm | Court directed the AUSA to produce the colored photos if they exist. |
| 12:28 pm | Statement by AUSA Stover, Stover produced discovery packet to Anson Chi in open court. |
| 12:30 pm | Court addressed Anson Chi and asked the relief he is requested in the newly filed motion. Chi advised that the motion was supposed to be Ex Parte. |
| 12:31 pm | Reply by AUSA Stover. |
| 12:31 pm | Reply by Chi. |
| 12:31 pm | Discussion followed by the Court. |
| 12:32 pm | Recess. |

☑ Government Witnesses: **Dan Wofford**, FBI Task Force

☑ Defendant remanded to custody USM ☐ Dft remains on Conditions of Release

12:32 pm Adjourn